| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| Southern District of Florida |
| Case number (*if known*): _____ Chapter 15 |

☐ Check if this is an amended filing

## Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

**1. Debtor's name**
Cayman Investment Funds Master SPC

**2. Debtor's unique identifier**

**For non-individual debtors:**

☐ Federal Employer Identification Number (EIN)   __ __ – __ __ __ __ __ __ __

☑ Other Registration Number . Describe identifier 336367

**For individual debtors:**

☐ Social Security number:  xxx – xx– ____ ____ ____ ____

☐ Individual Taxpayer Identification number (ITIN): **9** xx – xx – ____ ____ ____ ____

☐ Other _____. Describe identifier _____

**3. Name of foreign representative(s)**
Samuel Cole and Mitchell Mansfield of Kroll (Cayman) Limited

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**
Grand Court of the Cayman Islands FSD Cause No. 340 of 2023

**5. Nature of the foreign proceeding**

*Check one:*

☑ Foreign main proceeding
☐ Foreign nonmain proceeding
☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

_____

_____

**7. Is this the only proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

☑ Yes

| Debtor | Cayman Investment Funds Master SPC | Case number (if known) |
|---|---|---|
| | Name | |

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i)   all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii)  all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

Country where the debtor has the center of its main interests:

Cayman Islands

Debtor's registered office:

c/o Kroll (Cayman) Limited
Number        Street

90 North Chruch Street, 3rd Floor
P.O. Box

George Town
City              State/Province/Region      ZIP/Postal Code

Grand Cayman, Cayman Islands
Country

Individual debtor's habitual residence:

Number        Street

P.O. Box

City              State/Province/Region      ZIP/Postal Code

Country

Address of foreign representative(s):

c/o Kroll (Cayman) Limited
Number        Street

90 North Chruch Street, 3rd Floor
P.O. Box

George Town
City              State/Province/Region      ZIP/Postal Code

Grand Cayman, Cayman Islands
Country

**10. Debtor's website** (URL)

**11. Type of debtor**

Check one:

☑ Non-individual (check one):

  ☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

  ☐ Partnership

  ☑ Other. Specify: Exempted Segregated Portfolio Company

☐ Individual

Debtor    Cayman Investment Funds Master SPC _____    Case number (if known) _____
           Name

**12. Why is venue proper in this district?**

*Check one:*

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _____        Samuel Cole
   Signature of foreign representative            Printed name

Executed on    06/24/2024
               MM  / DD / YYYY

✗ _____        _____
   Signature of foreign representative            Printed name

Executed on    _____
               MM  / DD / YYYY

**14. Signature of attorney**

✗ _____    Date    06/24/2024
   Signature of Attorney for foreign representative        MM  / DD / YYYY

Rachel Nanes
Printed name

DLA Piper LLP (US)
Firm name

200 South Biscayne Boulevard, Suite 2500
Number      Street

Miami                                        FL        33131
City                                         State     ZIP Code

(305) 423-8500                               rachel.nanes@us.dlapiper.com
Contact phone                                Email address

85167                                        FL
Bar number                                   State

## **Exhibit A**

**Supervision Order**

Digitally signed by Advance iPerformance Exponents Inc.
Date: 2024.01.05 11:09:21 -05:00
Reason: Apex Certified
Location: Apex



IN THE GRAND COURT OF THE CAYMAN ISLANDS

FINANCIAL SERVICES DIVISION

FSD CAUSE NO: 340 OF 2023 (RPJ)

IN THE MATTER OF SECTIONS 124 AND 131 OF THE COMPANIES ACT (2023 REVISION)

AND IN THE MATTER OF CAYMAN INVESTMENT FUNDS MASTER SPC (IN VOLUNTARY LIQUIDATION)

THE HONOURABLE MR JUSTICE RAJ PARKER
IN CHAMBERS
4 JANUARY 2024

---

### SUPERVISION ORDER

---

**UPON** the application of Mitchell Mansfield and Samuel Cole of Kroll (Cayman) Limited of Third Floor, 90 North Church Street, Grand Cayman, Cayman Islands as Joint Voluntary Liquidators (**JVLs**) of Cayman Investment Funds Master SPC (in voluntary liquidation) (**Company**) by the JVLs' Petition dated 20 November 2023 for an order that the liquidation of the Company continue under the supervision of the Court.

**AND UPON** the Court being satisfied that the application may be determined on the papers without an oral hearing.

**AND UPON** reading the verifying affirmations of Samuel Cole dated 20 November 2023 and Mitchell Mansfield dated 14 December 2023 and the exhibits exhibited thereto.

**AND UPON** reading the written submissions filed by counsel for the JVLs.

**AND UPON** the Court being satisfied that the JVLs are qualified insolvency practitioners in terms of section 89 of the Companies Act (2023 Revision) (**Companies Act**) and as prescribed by regulation 4 of the Insolvency Practitioners Regulations (2023 Consolidation).

**IT IS ORDERED THAT:**

1.      The liquidation of the Company be continued under the supervision of the Court.

2.      Mitchell Mansfield and Samuel Cole of Kroll (Cayman) Limited of Third Floor, 90 North Church Street, Grand Cayman, Cayman Islands, be appointed as Joint Official Liquidators (**JOLs**) of the Company with the power to act jointly and severally.

3.      The JOLs are not required to provide security for their appointment.

4.      The JOLs are authorised to take any action they consider necessary or desirable in connection with the liquidation and the winding up of affairs in the Cayman Islands or elsewhere of the Company and its segregated portfolios: North America Opportunity Master SP, Diversified Corporate Lending Master SP, Payment Processing Master SP, Mezzanine Master SP and any other segregated portfolio of the Company (**Segregated Portfolios**).

5.      The JOLs are sanctioned to exercise the following powers outlined in Part One of the Third Schedule of the Companies Act without further order of the Court:

(a)      The power to bring or defend any action or other legal proceeding in the name and on behalf of the Company.

(b)      The power to make a compromise or an arrangement with creditors or persons claiming to be creditors or who have or allege the existence of a claim against the Company, whether present or future, actual or contingent, or ascertained or not.

(c)      The power to compromise calls and liabilities for calls, debts, and liabilities capable of resulting in debts and claims, present or future, actual or contingent, or ascertained or not, subsisting or supposed to subsist between the Company and any person and all questions relating to or affecting the assets or the liquidation of the Company, on such terms as may be agreed, and take security for the discharge of any such call, debt, liability, or claim, and give a complete discharge.

(d)      The power to sell or otherwise dispose of the property of the Company and its Segregated Portfolios.

(e)     The power to engage staff (whether or not as employees of the Company) to assist the JOLs in the performance of their functions.

(f)     The power to engage attorneys and other professionally qualified persons to assist the JOLs in the performance of their functions, within and outside of the Cayman Islands, and on such terms as the JOLs think fit, and to remunerate them out of the assets of the Company and its Segregated Portfolios as an expense of the official liquidation.

6.     The JOLs are additionally empowered to exercise the following powers without further order of the Court:

(a)     The JOLs are authorised to take any action as may be necessary or desirable to obtain recognition of the official liquidation and their appointment as JOLs in the United States of America or any other relevant jurisdiction, together with such other relief as the JOLs deem necessary for the proper exercise of their functions in that jurisdiction.

(b)     The power to control and otherwise deal with all existing bank accounts in the name of the Company and its Segregated Portfolios and to open new bank accounts in the name of the Company.

(c)     The power to appoint an agent to do anything the JOLs cannot do.

(d)     The power to change the registered office of the Company.

7.     The JOLs may exercise the powers granted to them within and outside of the Cayman Islands.

8.     No suit, action or other proceeding may be proceeded with or commenced against the Company except with the leave of the Court and subject to such terms as the Court may impose.

9.     No disposition of the Company or its Segregated Portfolio's property by, or with the authority of, the JOLs in carrying out their functions and exercising their powers under this Order shall be voided under s 99 of the Companies Act.

10.     The JOLs are at liberty to apply generally.

11.     JVLs' costs and expenses of this Petition shall be paid out of the assets of the Company and its Segregated Portfolios as an expense of the official liquidation.

12.    The hearing of the Petition and Summons for Directions dated 20 November 2023 set down for 21 February 2024 at 9 am is vacated with appearances excused.


**DATED** the 4th day of January 2024

**FILED** the 5th day of January 2024

_(signature)_

_____

**THE HONOURABLE MR JUSTICE RAJ PARKER**
**JUDGE OF THE GRAND COURT**


**THIS ORDER** was issued by Dentons, attorneys for the JVLs, whose address for service is Dentons, Floor Two, One Capital Place, Shedden Road, P.O. Box 10190, Grand Cayman KY1-1002 Cayman Islands.

## Exhibit B

**Rule 1007(a)(4) List**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>CAYMAN INVESTMENT FUNDS MASTER<br>SPC (IN OFFICIAL LIQUIDATION), *et al.*,[1]<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No.: 24-_____ (___)<br><br>(Joint Administration Requested) |

## LIST PURSUANT TO RULE 1007(a)(4) OF THE
## FEDERAL RULES OF BANKRUPTCY PROCEDURE

Samuel Cole and Mitchell Mansfield of Kroll (Cayman) Limited ("**Kroll**") in their capacities as Joint Official Liquidators (in this capacity, jointly and severally, the "**JOLs**" or "**Foreign Representatives**") of Cayman Investment Funds Master SPC (in Official Liquidation) (the "**Master Fund**") and Cayman Investment Funds SPC (in Official Liquidation) (the "**Feeder Fund**", together with the Master Fund, the "**Foreign Debtors**" or "**Funds**") under section 131 of the Cayman Islands Companies Act (2023 Revision) (the "**Companies Act**") in official liquidation proceedings pending before the Grand Court of the Cayman Islands (the "**Cayman Court**"), Financial Services Division Cause Nos. 340 and 341 of 2023 (RPJ) (the "**Cayman Proceedings**"), by and through their undersigned counsel, hereby make the following statements required by section 1515(c) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"):

---

[1]     The Debtors in these chapter 15 cases, along with the last four digits of each Debtor's identification number, are: Cayman Investment Funds Master SPC (6367); and Cayman Investment Funds SPC (6368). The location of the Debtors' service address for the purpose of these chapter 15 cases is: 3rd Floor, 90 North Church Street, George Town, Grand Cayman, Cayman Islands, KY1-1102.

I. **Statement required by section 1515(c) of the Bankruptcy Code**

The JOLs are the Cayman Court-appointed and duly authorized Foreign Representatives for the Cayman Proceedings. The JOLs believe that, other than the Cayman Proceedings, there are no foreign proceedings pending with respect to the Foreign Debtors.

The Foreign Representatives' mailing address is:

Samuel Cole (Joint Official Liquidator of the Foreign Debtors) and Mitchell Mansfield (Joint Official Liquidator of the Foreign Debtors)
Kroll (Cayman) Limited
90 North Church Street, Third Floor
George Town, Grand Cayman, Cayman Island

II. **All parties to litigation pending in the United States in which a Foreign Debtor is a party at the time of filing of the chapter 15 petitions**

The Master Fund is not a named defendant but is the true party in interest in the following litigation pending in the United States:

- *Alliance Metals LLC vs. C T Corporation System*, Case No. 2024-006339-CA-01 (11th Judicial Circuit in and for Miami-Dade County, Florida) (the "**Florida Action**").

The table below sets forth the parties to the Florida Action:

| Party | Notice Address |
|---|---|
| Alliance Metals LLC | Joshua R. Kon<br>Yosef Y. Kudan<br>Mitchell J. Cohen<br>STOK KON + BRAVERMAN<br>1 East Broward Boulevard, Suite 915<br>Fort Lauderdale, FL 33301<br>Email: jkon@stoklaw.com<br>ykudan@stoklaw.com<br>mcohen@stoklaw.com |
| C T Corporation System | *None recorded* |

The Foreign Representatives filed a motion to intervene in the Florida Action on June 4, 2024.

2

1610305490

**III.    Entities against whom provisional relief is sought under section 1519 of the Bankruptcy Code**

Bankruptcy Rule 1007(a)(4) provides, in relevant part, that "a foreign representative filing a petition for recognition under chapter 15 shall file with the petition . . . unless the court orders otherwise, a list containing the names and addresses of . . . all entities against whom provisional relief is being sought under § 1519 of the Code." Fed. R. Bankr. P. 1007(a)(4).

The Foreign Representatives are seeking provisional relief against Alliance Metals, LLC with respect to the Florida Action. A default judgment hearing in the Florida Action is currently scheduled for June 28, 2024, and the Foreign Representatives have filed the *Emergency Motion of the Foreign Representatives for Provisional Relief Under Section 1519 of the Bankruptcy Code* concurrently with the chapter 15 petitions in order to stay the Florida Action to safeguard the rights of the Foreign Representatives and avoid imminent harm to the Foreign Debtors.

The Foreign Representatives reserve the right to modify or supplement any of the information provided in this statement.

**IV.    Corporate ownership statement under rules 1007(a) and 7007 of the Federal Rules of Bankruptcy Procedure**

Under Rules 1007(a) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the Foreign Representatives submit the following list of entities that hold ownership interests in the Foreign Debtors:

A. Cayman Investment Funds Master SPC

Cayman Investment Funds Master SPC is an exempted segregated portfolio company with limited liability, incorporated in the Cayman Islands on April 27, 2018 with registration number 336367. The following entities hold, directly or indirectly, 10% or more of the outstanding shares of the Master Fund:

3

- Prudent Cayman Investment Funds SPC for and on behalf of North America Opportunity SP – 92.03%

B. Cayman Investment Funds SPC

Cayman Investment Funds SPC is an exempted segregated portfolio company with limited liability, incorporated in the Cayman Islands on April 27, 2018 with registration number 336368. The following entities hold, directly or indirectly, 10% or more of the outstanding shares of the Feeder Fund:

- EFG Bank AG – 57%
- Israel Discount Bank Ltd. – 13%
- Bank Hapolaim – 15%

*[Remainder of page intentionally left blank]*

4

**DECLARATION UNDER PENALTY OF PERJURY**

I, Samuel Cole, am a Joint Official Liquidator and authorized signatory of the Foreign

Representatives in these chapter 15 cases.  In such capacity, I am familiar with the operations and

financial affairs of the Foreign Debtors.  I declare under penalty of perjury under the laws of the

United States of America that any information provided in the foregoing "List Pursuant to Rule

1007(a)(4) of the Federal Rules of Bankruptcy Procedure" is true and correct to the best of my

knowledge, information and belief, with reliance on appropriate corporate officers.

Dated: June 24, 2024

_____
Samuel Cole

5

1610305490

**Exhibit C**

**Form 202**

<table>
<tr><td>Fill in this information to identify the case and this filing:</td></tr>
</table>

Debtor Name ___Cayman Investment Funds Master SPC___

United States Bankruptcy Court for the:_____ Southern District of Florida

(State)

Case number (*If known*):_____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐    *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐    *Schedule H: Codebtors (Official Form 206H)*

☐    *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐    *Amended Schedule* _____

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒    *Other document that requires a declaration*  Rule 1007(a)(4) Statement and Corporate Ownership Statement _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _06/24/2024_
MM / DD / YYYY

x _____
Signature of individual signing on behalf of debtor

Samuel Cole _____
Printed name

Joint Official Liquidator _____
Position or relationship to debtor