UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 15 |
| CAYMAN INVESTMENT FUNDS MASTER SPC (IN OFFICIAL LIQUIDATION), *et al.*,[1] | Case No.: 24-16273 |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |

NOTICE OF RULE 2004 EXAMINATION *DUCES TECUM*
DIRECTED TO JACOB GITMAN

TO:   Jacob Gitman
      16051 Collins Ave, Apt 401
      Sunny Isles Beach, FL 33160-4510

PLEASE TAKE NOTICE THAT Samuel Cole and Mitchell Mansfield of Kroll (Cayman) Limited, in their capacities as Joint Official Liquidators (in this capacity, jointly and severally, the "**Foreign Representatives**") of Cayman Investment Funds Master SPC (in Official Liquidation) and Cayman Investment Funds SPC (in Official Liquidation) under section 131 of the Cayman Islands Companies Act (2023 Revision) in an official liquidation proceedings pending before the Grand Court of the Cayman Islands, Financial Services Division Cause Nos. 340 and 341 of 2023 (RPJ), by their undersigned attorneys, under Rule 2004 of the Federal Rules of Bankruptcy Procedure and Rule 2004-1 of the Local Bankruptcy Rules for the Southern District of Florida (the "Local Rules"), request that Mr. Jacob Gitman produce for inspection and copying, by no later than September 3, 2024, at 10:00 a.m. (EDT), all documents described on the subpoena to produce documents attached as **Exhibit A**. Responsive documents shall be produced electronically via

---

[1] The Debtors in these chapter 15 cases, along with the last four digits of each Debtor's identification number, are: Cayman Investment Funds Master SPC (6367) and Cayman Investment Funds SPC (6368). The location of the Debtors' service address for the purpose of these chapter 15 cases is: 3rd Floor, 90 North Church Street, George Town, Grand Cayman, Cayman Islands, KY1-1102.

email to Rachel Nanes (rachel.nanes@us.dlapiper.com), R. Craig Martin (craig.martin@us.dlapiper.com), and Nicole McLemore (nicole.mclemore@us.dlapiper.com). Documents that are unavailable in electronic format shall be mailed to the offices of DLA Piper (US) LLP, 200 Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (Attn: Rachel Nanes and Nicole McLemore) and 1201 N. Market Street, Suite 2100, Wilmington, Delaware 19801 (Attn: R. Craig Martin, Esq.). No order is necessary under Local Rule 2004-1.

Dated: August 2, 2024
Miami, Florida

Respectfully submitted,

**DLA PIPER LLP (US)**

 /s/ Rachel Nanes
Rachel Nanes (FL Bar No. 85167)
Nicole McLemore (FL Bar No. 1010885)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8500 (Main)
Telephone: (305) 423-8563 (Direct)
Facsimile: (305) 675-8206
Email: rachel.nanes@us.dlapiper.com
           nicole.mclemore@us.dlapiper.com

- and -

R. Craig Martin (admitted *pro hac vice*)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700 (Main)
Telephone: (302) 468-5655 (Direct)
Facsimile: (302) 778-7834
Email: craig.martin@us.dlapiper.com

*Counsel for the Foreign Representatives*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served simultaneously upon docketing on all counsel of record or as specified on the parties listed and in the manner indicated below on August 2, 2024.

/s/ Rachel Nanes
Rachel Nanes

| Party Name | USPS Certified Mail | Email |
|---|---|---|
| Jacob Gitman | 16051 Collins Ave Apt 401, Sunny Isles Beach, FL 33160-4510 | jacob@vgmtel.com |
| Office of the U.S. Trustee | 51 S.W. 1st Ave. Suite 1204 Miami, FL 33130-1614 | USTP.Region21@usdoj.gov USTPRegion21.MM.ECF@usdoj.gov |