**EXHIBIT D**

**Sinai Letter**



DLA Piper LLP (US)
1201 North Market Street,
Suite 2100
Wilmington, DE 19801
www.dlapiper.com

R. Craig Martin
craig.martin@us.dlapiper.com
T  302.468.5655
F  302.778.7834

October 8, 2024
VIA E-MAIL

Sinai Holdings LLC
c/o Technocon International Inc.
1111 Kane Concourse Ste. 518
Bay Harbor Islands
Sunny Isles Beach, FL 33154
jacob@vgmtel.com

**Re:** **In re Cayman Investment Funds Master SPC (In Official Liquidation),** *et al.***, Case No. 24-16273 (EPK)**

**To Whom it May Concern:**

This firm represents Samuel Cole and Mitchell Mansfield of Kroll (Cayman) Limited, in their capacities as Joint Official Liquidators and the duly authorized foreign representatives (in this capacity, jointly and severally, the "**Foreign Representatives**") of Cayman Investment Funds Master SPC (in Official Liquidation) and Cayman Investment Funds SPC (in Official Liquidation) in connection with the above-referenced matter.

On August 16, 2024, the Foreign Representatives propounded discovery [ECF No. 39] (the "**Document Requests**") under Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") on Sinai Holdings LLC ("**Sinai**").[1]  We received responses from Sinai on September 16, 2024.  Please let this letter serve as notice that Sinai's responses are incomplete and insufficient.  However, in the interest of resolving these issues in good faith, the Foreign Representatives propose that Sinai provide supplemental responses and responsive documents, as set forth below, by October 15, 2024, and provide dates and times that a representative from Sinai is available to meet and confer to discuss Sinai's responses by telephone or videoconference before October 15, 2024.

**Requests for Production of Documents**

The Foreign Representatives request that you provide a summary, organized by document request number, with the documents that you believe are responsive to each document request below.

---

[1]   Capitalized terms used but not defined in this letter have the meanings given to such terms in the Document Requests.



October 8, 2024
Page Two

**Amended Request No. 4:** Please produce an extract from Sinai's management accounts of all general ledgers; adjusting journal entries; and bank reconciliations, for the Relevant Period.

This request has been amended to seek production of only the minimum documents required by the Foreign Representatives to discharge their duties. The Foreign Representatives are entitled to all responsive documents with respect to this request.

**Repeated Request No. 6:** Please produce All Documents relating to each insurance policy held by Sinai Holdings during the Relevant Period, including all contracts, proofs of insurance, and related Documents.

Sinai produced the details of a general liability policy in response to this request. The Foreign Representatives are entitled to all responsive documents with respect to this request. If additional responsive documents do not exist, *i.e.*, if there are no other insurance policies held by Sinai, please state so accordingly.

**Amended Request No. 7:** Please produce all audited and unaudited financial statement(s) of Sinai Holdings for the Relevant Period. Where an audit was not performed for a period during the Relevant Period, please confirm in writing.

This request has been amended to seek production of only the minimum documents required by the Foreign Representatives to discharge their duties. The Foreign Representatives are entitled to all responsive documents with respect to this request.

**Repeated Request No. 8:** Please provide a current statement of financial position, cash flow and income statement, together with All Documents necessary to verify the current financial position of Sinai Holdings.

Sinai did not produce any relevant documents in connection with this request. The Foreign Representatives are entitled to all responsive documents with respect to this request.

**Amended Request No. 9:** Please produce all Communications concerning the Master Loan Agreement between Prudent Cayman Investment Funds Master SPC - North American Opportunity Master SP and Sinai Holdings LLC dated November 14, 2018 ("**2018 MLA**") and December 1, 2022 ("**2022 MLA**") (including but not limited to drawdowns, utilization of funds, repayment, forbearance, and accounts receivable pledged as security) between You and any and all representatives of the



October 8, 2024
Page Three

Foreign Debtors, including, but not limited to, U.S. Investment Manager, LLC, Prudent Group, Mr. Dennis Klemming, Mr. Niklas Klemming, Mr. Gareth Williams, and Mr. Richard Reich.

This request has been amended to seek production of only the minimum documents required by the Foreign Representatives to discharge their duties. The Foreign Representatives are entitled to all responsive documents with respect to this request.

**Amended Request No. 11:** Please produce copies of all bank statements for the Relevant Period for:

a) the accounts in the revised **Annex 1** attached hereto and any and all Borrower's Bank Accounts and Operational Accounts (as defined by section 4 of the 2018 MLA and 2022 MLA); and

b) any other bank account in the name of Sinai Holdings for the Relevant Period.

This request has been amended to seek production of only the minimum documents required by the Foreign Representatives to discharge their duties. The Foreign Representatives are entitled to all responsive documents with respect to this request.

**Repeated Request No. 13:** Please produce a schedule detailing all security granted in respect of the obligations created under the 2018 MLA and 2022 MLA, including, but not limited to:

a) all assigned and pledged receivables (including Medicare receivables), together with copies of all corresponding claims documents/invoices provided as security;

b) details of when those claims/invoices were paid, amount paid and details of the account(s) into which proceeds were paid (account name, number, institution); and

c) how those proceeds were utilized thereafter.

Sinai did not produce any relevant documents in connection with this request. The Foreign Representatives are entitled to all responsive documents with respect to this request.



October 8, 2024
Page Four

**Repeated Request No. 14:**  Please produce all Draw Down Notices issued under the 2018 MLA and 2022 MLA, together with All Documents and Communications in connection therewith.

    Sinai did not produce any relevant documents in connection with this request.  The Foreign Representatives are entitled to all responsive documents with respect to this request.

**Amended Request No. 15:**  Please produce, in relation to the Enterprise Valuation of Sinai Holdings LLC conducted by Stonebridge Advisory Inc. ("**Stonebridge**") for effective date March 15, 2024 (i) a copy of the fully executed engagement letter; (ii) a copy of Stonebridge's invoice and proof of payment; (iii) All Documents and information provided to Stonebridge to complete that Enterprise Valuation; and (iv) a copy of Stonebridge's final report.

    This request has been amended to seek production of only the minimum documents required by the Foreign Representatives to discharge their duties.  The Foreign Representatives are entitled to all responsive documents with respect to this request.

**Amended Request No. 17:**  Please produce All Documents and Communications related to any utilization of the following funds advanced under the terms of the 2018 MLA and 2022 MLA. Where the following funds were used to acquire assets, please provide Documents in connection therewith:

| Date | Drawdown amount |
|---|---:|
| 15-Nov-18 | 1,000,000 |
| 10-Dec-18 | 1,250,000 |
| 28-Jan-19 | 825,000 |
| 06-Ma r-19 | 2,500,000 |
| 03-Apr-19 | 700,000 |
| 01-May-19 | 1,100,000 |
| 11-Jun-19 | 740,000 |
| 26-Jun-19 | 3,887,479 |
| 16-Aug-19 | 1,442,592 |
| 10-Sep-19 | 1,500,000 |
| 04-Feb-20 | 1,470,000 |
| 14-May-20 | 500,000 |
| 20-May-20 | 500,000 |



| Date | Amount |
|---|---:|
| 08-Jun-20 | 1,433,512 |
| 17-Jun-20 | 370,000 |
| 29-Jun-20 | 1,175,000 |
| 06-Jul-20 | 1,000,000 |
| 10-Jul-20 | 1,450,000 |
| 03-Aug-20 | 200,000 |
| 12-Aug-20 | 125,000 |
| 02-Sep-20 | 650,000 |
| 10-Nov-20 | 325,000 |
| 26-Apr-21 | 16,787,592 |
| 04-Aug-21 | 2,400,000 |
| 07-Dec-21 | 3,600,000 |
| 02-Jun-23 | 150,000 |
| 28-Jun-23 | 55,000 |

This request has been amended to seek production of only the minimum documents required by the Foreign Representatives to discharge their duties. The Foreign Representatives are entitled to all responsive documents with respect to this request.

**Amended Request No. 18:** Please produce All Documents and Communications surrounding the origination of the 2018 MLA and 2022 MLA.

This request has been amended to seek production of only the minimum documents required by the Foreign Representatives to discharge their duties. The Foreign Representatives are entitled to all responsive documents with respect to this request.

**Amended Request No. 20:** Please produce an asset schedule detailing all real estate holdings and in-progress construction projects in which Sinai Holdings has an interest (including an indirect or part interest), specifying: (i) ownership percentage; (ii) encumbrances; (iii) approximate market value; (iv) description of current status (i.e. complete, operational, under construction, for sale, sold, under contract etc.); (v) projected completion date (where applicable); (vi) funding to date and funding projections to completion (where applicable); and (vii) details of other participants/joint venture partners where applicable.



October 8, 2024
Page Six

  This request has been amended to seek production of only the minimum documents required by the Foreign Representatives to discharge their duties. The Foreign Representatives are entitled to all responsive documents with respect to this request.

**Repeated Request No. 21:** Please produce, for all assets in addition to those referenced in Request for Production No. 20, an asset schedule detailing the assets, ownership of each asset, current market value of each asset, and any corresponding liabilities, for each asset held or owned by Sinai Holdings and its affiliates or related entities, together with All Documents and Communications concerning the acquisition, disposal, encumbrances and condition of such assets and liabilities, as applicable.

  Sinai did not produce any relevant documents in connection with this request. The Foreign Representatives are entitled to all responsive documents with respect to this request.

**Amended Request No. 23:** Please produce copies of all financing agreements, including factoring agreements, with the following parties, including details of any security or receivables pledged and confirmation of the outstanding balance under those agreements:

  a) SPI Investment Fund SPC;

  b) Benworth Capital Partners LLC; and

  c) Any other lender or borrower.

  This request has been amended to seek production of only the minimum documents required by the Foreign Representatives to discharge their duties. The Foreign Representatives are entitled to all responsive documents with respect to this request.

**Repeated Request No. 24:** Please produce, in respect to Sinai Holdings' shareholding in Core Scientific Creations Ltd ("**CSC**"), (i) a copy of the Sale Purchase Agreement, documenting Sinai Holdings' acquisition; (ii) All Documents upon which Sinai Holdings relied (due diligence etc.) in deciding to acquire its shareholding; (iii) a narrative explanation detailing how Sinai Holdings' acquisition was funded; (iv) the most recent valuation for CSC; (v) the last set of audited financial statements for CSC; and (vi) details of the current operational status of CSC.



October 8, 2024
Page Seven

     Sinai did not produce any relevant documents in connection with this request. The Foreign Representatives are entitled to all responsive documents with respect to this request.

**Repeated Request No. 25:** Please produce All Documents and Communications concerning the audit of Sinai Holdings conducted by Hancock Askew and Co for the financial year ending December 31, 2020, which was issued on July 7, 2023.

     Sinai did not produce any relevant documents in connection with this request. The Foreign Representatives are entitled to all responsive documents with respect to this request.

**Amended Request No. 26:** Please produce all director resolutions and shareholder resolutions and any materials prepared in connection with any Sinai Holdings board meetings, including board meeting minutes, for the Relevant Period.

     This request has been amended to seek production of only the minimum documents required by the Foreign Representatives to discharge their duties. The Foreign Representatives are entitled to all responsive documents with respect to this request.

**Repeated Request No. 27:** Please produce all reports, performance updates, and promotional materials issued to investors and potential investors in Sinai Holdings for the Relevant Period.

     Sinai did not produce any relevant documents in connection with this request. The Foreign Representatives are entitled to all responsive documents with respect to this request.

**<u>Proposed Protocol for Electronically Stored Information ("ESI")</u>**

     To assist with the expeditious location and production of relevant Documents, the Foreign Representatives propose the following ESI protocol:

     1.    The collection and disclosure of electronic documents and data must be conducted in such a way as to preserve the original metadata, including document creation dates.

     2.    Electronic copies of all documents are to be provided in their native format, with the exception of scanned hard copy documents and documents containing redactions, both of which will be provided meeting the criteria as set out in paragraph 4 below. All documents that have not been redacted should be provided with the document's full text/OCR, as applicable; all documents containing redactions are required to have text/OCR generated post redaction. Excel


October 8, 2024
Page Eight

documents are to be provided natively with any redactions made in the base document.  This should be provided together with the associated coded data as per paragraph 5 below.

    3.    The production will include load files and will be organized as described in paragraph 4, below.

    4.    The Foreign Representatives request that document production(s) meet the following criteria:
        a. Each production volume or delivery set should be incorporated into a load file (DAT), with all agreed upon metadata, and an Opticon image load file (OPT).
        b. Imaged Documents (scanned hard copy documents and documents containing redactions) must be Bates Labelled/Numbered at the page level, except for documents produced in Native format and text, which should be done at the document level.
        c. Images should be submitted as Group IV single pages tiffs with accompanying Opticon (OPT) image load file.

    5.    Metadata must include the following fields (when available):

        a.    All Custodians
        b.    Author
        c.    Bcc
        d.    Beg Prod Attach
        e.    BegProd
        f.    CC
        g.    Confidentiality
        h.    Custodian
        i.    Date & Time Last Created
        j.    Date & Time Last Modified
        k.    Date & Time Received
        l.    Date & Time Sent
        m.    De-Duped Custodians
        n.    De-Duped Path
        o.    Doc Extension
        p.    Email Subject
        q.    End Prod Attach
        r.    EndProd
        s.    Filename
        t.    From



October 8, 2024
Page Nine

      u.    Has Redactions
      v.    HasComments
      w.    HasHiddeColumn
      x.    HasHiddenRow
      y.    HasHiddenSheet
      z.    MD5hash
      aa.    NativeLink
      bb.    Source Path
      cc.    TextPath
      dd.    Time Zone Field
      ee.    Time Zone Processed
      ff.    Title
      gg.    To

6.    Subject to any permissible redactions that may be required, where an email is identified as relevant, and it forms part of an email chain, the entire email chain is to be disclosed. Email families must be produced in their entirety unless an attachment is being withheld for privilege – in that case, the withheld item must be produced with a "Withheld for Privilege" slipsheet. The parties agree to meet and confer with respect to the format of production for the particular document being requested.

7.    The parties agree to confer regarding any production issues, including the need for rolling production, at least three business days before the production is due.

8.    The parties agree to, as an initial matter, utilize the search terms below with respect to the Document Requests and produce all resulting responsive Documents:

      a.    Alliance
      b.    Amerant
      c.    "America Opportunity"
      d.    Audit
      e.    Benworth
      f.    Borrower
      g.    "Call Notice"
      h.    "Cayman Investment"
      i.    Chase
      j.    CIF
      k.    Citi
      l.    CN



October 8, 2024
Page Ten

|     |     |
| --- | --- |
| m.  | Collection or CC |
| n.  | "Core Scientific" or CSC |
| o.  | CT |
| p.  | DCL |
| q.  | DD |
| r.  | Default |
| s.  | Default |
| t.  | "Deposit Account Control Agreement" or DACA |
| u.  | Diversified and Corp |
| v.  | Draw /3 Down |
| w.  | Draw Down |
| x.  | Email BCC contains "@prudentgroup.us" |
| y.  | Email CC contains "@prudentgroup.us" |
| z.  | Email from contains "@prudentgroup.us" |
| aa. | Email to contains "@prudentgroup.us" |
| bb. | g.williams01@icloud.com |
| cc. | Hancock |
| dd. | "Healthcare Collections" or USHC |
| ee. | "International Capital" or ICA |
| ff. | "International Portfolio" OR IPA |
| gg. | Lender |
| hh. | Lien |
| ii. | "lock box" |
| jj. | "Master Loan Agreement" or MLA |
| kk. | Medicare |
| ll. | NAO |
| mm. | NCB |
| nn. | Prudent |
| oo. | Receivable |
| pp. | Sinai |
| qq. | SPI |
| rr. | Sweep |
| ss. | Technocon |
| tt. | "U.S. Investment" or "US Investment" or USIM |
| uu. | UCC |

9. Following review of the results of the key word searches in this protocol, the Foreign Representatives may propose additional key word searches, which have been identified as having the potential to return documents relevant to the Document Requests.



October 8, 2024
Page Eleven

      10.    The cost of preserving, collecting, and producing documents shall be borne by the producing party. In the event, however, that a party requests documents that would result in the production of cumulative or repetitive information that otherwise imposes an undue burden or expense, the producing party may object. The parties shall work to resolve any such objection.

      In sum, Sinai's responses to the Foreign Representatives' Document Requests are inadequate at this time. The Foreign Representatives request that Sinai provide responses to the Document Requests and produce all responsive documents on or before October 15, 2024 and provide dates and times that a representative from Sinai is available to meet and confer by telephone or videoconference before that date.

Best regards,

**DLA Piper LLP (US)**


R. Craig Martin




cc:
tsandler@stoklaw.com
JKon@stoklaw.com
ykudan@stoklaw.com
mcohen@stoklaw.com



October 8, 2024

**Annex 1**

| No. | Entity | Bank | Acct No. |
|---|---|---|---|
| 1 | Sinai Holdings LLC | Chase | ███7229 |
| 2 | Sinai Holdings, LLC | Citi | ███5374 |
| 3 | Sinai Holdings, LLC | Citi | ███9072 |
| 4 | Sinai Holdings, LLC | Citi | ███5387 |
| 5 | Sinai Holdings, LLC | Citi | ███5400 |
| 6 | Sinai Holdings, LLC | Citi | Not known |
| 7 | Surgical Treatment Center, LLC - Operations | Citi | ███484 |
| 8 | Surgical Treatment Center, LLC - Collections | Citi | ███5497 |
| 9 | IV Infusion Treatment Center, LLC - Operations | Citi | ███5442 |
| 10 | IV Infusion Treatment Center, LLC - Collections | Citi | ███5455 |
| 11 | Physicians Surgical Network, LLC - Operations | Citi | ███2354 |
| 12 | Physicians Surgical Network, LLC - Collections | Citi | ███2367 |
| 13 | Medical Specialists of FTL, LLC - Operations | Citi | ███2037 |
| 14 | Medical Specialists of FTL, LLC - Collections | Citi | ███2024 |
| 15 | Surgical Specialist of Specialists of St. Lucie County - Operations | Citi | ███1972 |
| 16 | Surgical Specialist of Specialists of St. Lucie County - Collections | Citi | ███1985 |
| 17 | Charles Kahn and Wayne Riskin MD's Inc. - Operations | Citi | ███5072 |
| 18 | Charles Kahn and Wayne Riskin MD's Inc. - Collections | Citi | ███5085 |
| 19 | Entity | Bank | Acct No. |
| 20 | Alec Y Luic MD | Marine Bank | Not known |
| 21 | Live Oak Endoscopy | Marine Bank | Not known |
| 22 | Vero Anesthesia | Marine Bank | Not known |
| 23 | TC Pathology Lab | Marine Bank | Not known |
| 24 | IV Infusion Treatment Center, LLC | Space Coast Credit | Not known |
| 25 | Physicians Surgical Network, LLC | Suntrust Bank | Not known |
| 26 | Physicians Surgical Network, LLC | Truist | **5696 |
| 27 | Charles Kahn and Wayne Riskin | Truist | **8680 |
| 28 | Charles Kahn and Wayne Riskin | Truist | **8631 |