# EXHIBIT I

**Final Letter**



**DLA Piper LLP (US)**
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801-1147
www.dlapiper.com

R. Craig Martin
craig.martin@us.dlapiper.com
T   302.468.5655
F   302.778.7834

November 27, 2024
*Via E-mail*

Joshua Kon, Esq.
1 East Broward Blvd, Suite 915
Fort Lauderdale, FL 33301

**Re:**   Re: Rule 2004 Discovery Responses in *In re Cayman Investment Funds Master SPC*, Case No. 24-16273 (EPK)

Dear Mr. Kon:

We write in response to your letter dated November 1, 2024 (the "**Letter**") and the production of documents by your clients Alliance Metals, LLC ("**Alliance**"), Athena Medical Management Group, LLC ("**Athena**"), Technocon International, Inc. ("**Technocon**"), Sinai Holdings, LLC ("**Sinai**"), Jacob Gitman and Ariel Gitman in response to the document requests issued under Rule 2004 of the Federal Rules of Bankruptcy Procedure (collectively, the "**Document Requests**").

The Document Requests were served on your clients on August 2, 2024. Upon receipt of inadequate responses to the Document Requests, the Foreign Representatives in the above-referenced matter (the "**JOLs**") narrowed the Document Requests, which were communicated to your clients by letters dated October 8, 2024. On October 15, 2024 and October 30, 2024 your clients produced additional documents purporting to be responsive to the Document Requests (the "**Supplemental Production**").

The Foreign Representatives have reviewed the Supplemental Production and determined that your clients' responses to the Document Requests remain incomplete. A summary of the deficiencies in your clients' production is attached to this letter as Annex A. In the interest of resolving these deficiencies, the JOLs request that responses to each of the Document Requests and supplemental documents are produced no later than December 6, 2024. If your clients do not have access to the documents requested, please certify so in response. This letter is a good faith attempt to resolve discovery disputes without court involvement.

We additionally refer to the statement in the Letter asserting that your clients are conducting additional searches for documents concerning insurance policies held by Sinai, Alliance and Technocon, particularly the Coface North American policy discussed during our conferral on October 15, 2024. On November 20, 2024, your clients provided insurance policy documents, which appear to be comprised of general liability insurance policies, including



*Via E-mail*

Joshua Kon
November 27, 2024
Page Two

malpractice policies, related to the underlying Sinai healthcare clinics. To date, the Coface policies and related documents have not been provided, nor have we received any update regarding the status of your clients' searches for these policies. Please provide all relevant insurance policies and related documents without further delay or, alternatively, certify that such documents are not in your clients' possession.

Despite the efforts of the JOLs and this firm to facilitate production in response to the Document Requests, including by narrowing the scope of requests and granting substantial extensions of time, your clients' responses remain inadequate. Should your clients fail to cure the deficiencies set out herein by December 6, 2024, the JOLs will be forced to compel their cooperation through court intervention.

Very truly yours,


R. Craig Martin
Partner

RCM