## __EXHIBIT J__

**Summary of Deficiencies**

## SUMMARY OF DEFICIENCIES

| Relevant Document Request(s)[1] | Response | Status |
|---|---|---|
| **Sinai Amended Request No. 4:** Please produce an extract from Sinai's management accounts of all general ledgers; adjusting journal entries; and bank reconciliations, for the Relevant Period. | A copy of the Sinai Holdings LLC tax returns for 2020, 2021, 2022 and 2023 have been disclosed.<br><br>None of the financial records relied upon to prepare these tax returns, or any other accounting records have been disclosed. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request.<br><br>The Operating Agreement of Sinai Holdings LLC dated March 14, 2017 ("Sinai Op Agt."), states that the Manager(s) (identified as Jacob Gitman, and subsequently amended to add Reliable Rx LLC and Iakov Gitman and remove Jacob Gitman) and the Company are responsible for maintaining accurate books and records as follows:<br>"14. Management<br>…..The Managers shall cause to be performed all general and administrative services on behalf of the Company in order to ensure that complete and accurate books and records of the Company are maintained at the Company's place of business"<br>"In addition to day-to-day management tasks and any other duties and responsibilities already identified in this Agreement, the Managers' duties will include keeping, or causing to be kept, full and accurate business records for the Company according to Generally Accepted Accounting Principles (GAAP) or International Financial Reporting Standards (IFRS), and overseeing the preparation of any reports considered reasonably necessary to keep the Members informed of the business performance of the Company."<br>"29. Books of Account<br>Accurate and complete books of account of the transactions of the Company will be kept in |

---

[1]    Capitalized terms used but not defined in this Summary shall have the meanings provided in the Document Requests (as defined in the Motion).

| Relevant Document Request(s)[1] | Response | Status |
|---|---|---|
| | | accordance with Generally Accepted Accounting Principles (GAAP) or International Financial Reporting Standards (IFRS), and at all reasonable times will be available and open to inspection and examination by any Member. The books and records of the Company will reflect all the Company's transactions and will be appropriate and adequate for the business conducted by the Company." |
| **Sinai Repeated Request No. 6:** Please produce All Documents relating to each insurance policy held by Sinai Holdings during the Relevant Period, including all contracts, proofs of insurance, and related Documents. | Provided a Certificate of Liability Insurance dated 07/17/2024.  Flood Insurance for April 26, 2024 – April, 26, 2025 policy declaration form.<br><br>On November 20, 2024 further insurance policy documents were disclosed which appear to mostly comprise of insurance policies, including malpractice policies, related to the underlying clinics. | **Incomplete.** The Foreign Representatives require all documents relating to any insurance policies held, including, any Directors & Officers or other professional liability coverage, all Coface policies held during the Relevant Period, and all other insurance policies. |
| **Sinai Amended Request No. 7:** Please produce all audited and unaudited financial statement(s) of Sinai Holdings for the Relevant Period. Where an audit was not performed for a period during the Relevant Period, please confirm in writing. | Provided one set of audited financial statements for Sinai Holdings LLC and Subsidiaries as at December 31, 2020.<br><br>Have not confirmed whether audits were conducted for the remainder of the Relevant Period. | **Incomplete.** The Foreign Representatives require all unaudited and audited financial statements.<br><br>The Sinai Op Agt. details the financial records that are to be maintained including;<br>"34. Annual Report<br>As soon as practicable after the close of each fiscal year, the Company will furnish to each Member an annual report showing a full and complete account of the condition of the Company including all information as will be necessary for the preparation of each Member's income or other tax returns. This report will consist of at least:<br>a. A copy of the Company's federal income tax returns for that fiscal year.<br>b. Income Statement.<br>c. Balance sheet. |

| Relevant Document Request(s)[1] | Response | Status |
|---|---|---|
| | | d. Cash flow statement.<br>e. A breakdown of the profit and loss attributable to each Member."<br>Where an audit was not performed, please confirm this and the reason why an audit was not completed." |
| **Sinai Repeated Request No. 8:** Please provide a current statement of financial position, cash flow and income statement, together with All Documents necessary to verify the current financial position of Sinai Holdings. | Sinai has not produced any relevant documents in connection with this request. | **Incomplete.** The Foreign Representatives require a full copy of all financial records which would have been required to be maintained to operate the business.<br><br>The Sinai Op Agt. details the responsibilities of the Manager(s) and the Company to maintain accurate books and records:<br>"28. <u>Records</u><br>The Company will at all times maintain accurate records of the following:<br>   a.  Information regarding the status of the business and the financial condition of the Company."<br>"29. <u>Books of Account</u><br>Accurate and complete books of account of the transactions of the Company will be kept in accordance with Generally Accepted Accounting Principles (GAAP) or International Financial Reporting Standards (IFRS), and at all reasonable times will be available and open to inspection and examination by any Member. The books and records of the Company will reflect all the Company's transactions and will be appropriate and adequate for the business conducted by the Company." |
| **Sinai Amended Request No. 9:** Please produce all Communications concerning the Master Loan Agreement between Prudent Cayman Investment Funds Master SPC - North American Opportunity Master SP and Sinai Holdings LLC dated November 14, 2018 ("2018 MLA") and | On September 16, 2024 Sinai objected to the Foreign Representatives' initial Request No. 9, arguing that the request is overly burdensome because it would require production of thousands of emails. Sinai also contends that the request would not be allowed without first | **Incomplete.** The Foreign Representatives proposed an ESI protocol attached as Annex 1 to the Discovery Deficiency Letter dated October 8, 2024 (the "<u>Sinai Deficiency Letter</u>"). |

| Relevant Document Request(s)[1] | Response | Status |
|---|---|---|
| December 1, 2022 ("2022 MLA") (including but not limited to drawdowns, utilization of funds, repayment, forbearance, and accounts receivable pledged as security) between You and any and all representatives of the Foreign Debtors, including, but not limited to, U.S. Investment Manager, LLC, Prudent Group, Mr. Dennis Klemming, Mr. Niklas Klemming, Mr. Gareth Williams, and Mr. Richard Reich. | establishing electronically stored information ("ESI") protocols and determining whether cost-shifting is appropriate.<br><br>With the exception of certain limited email communications produced on October 30, 2024, from a manual search by Mr. Jacob Gitman of his inbox, Sinai has not produced any relevant documents in connection with this request. | No data sourced using the ESI protocol and search terms has been provided. |
| **Sinai Amended Request No. 11**: Please produce copies of all bank statements for the Relevant Period for: a) the accounts in the revised Annex 1 attached hereto[2] and any and all Borrower's Bank Accounts and Operational Accounts (as defined by section 4 of the 2018 MLA and 2022 MLA); and b) any other bank account in the name of Sinai Holdings for the Relevant Period. | Provided certain account statements for Sinai Holdings.<br><br>On October 15, 2024, provided some account statements for Sinai Holdings LLC, however, the statements had missing pages or included white-out redactions.<br><br>On October 30, 2024, provided complete bank statements for certain Sinai Holdings LLC bank accounts for limited selected months. | **Incomplete.** The Foreign Representatives require a list of all accounts held during the Relevant Period in the name of each of the entities for which they have requested financial records, all bank statements, and, for any missing statements, reasons therefor.<br><br>Please refer to **Schedule 1** attached hereto, providing details of accounts identified by the Foreign Representatives and the periods for which bank statements have been provided to date. This list of accounts may not be exhaustive, and confirmation of all accounts is required. |
| **Sinai Repeated Request No. 13:** Please produce a schedule detailing all security granted in respect of the obligations created under the 2018 MLA and 2022 MLA, including, but not limited to:<br>a) all assigned and pledged receivables (including Medicare receivables), together with copies of all corresponding claims documents/invoices provided as security; | Counsel for Sinai responded on September 16, 2024 that "Sinai intends to collect documents responsive to this request. Sinai's employee who handles its bookkeeping has been out of the office for several weeks for medical reasons. Once the employee returns, Sinai believes it will be able to produce documents responsive to this request." No documents have been provided to date. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |

---

[2]    Annex 1 is attached to the Discovery Deficiency Letter dated as of October 8, 2024.

| Relevant Document Request(s)[1] | Response | Status |
|---|---|---|
| b) details of when those claims/invoices were paid, amount paid and details of the account(s) into which proceeds were paid (account name, number, institution); and<br>c) how those proceeds were utilized thereafter. | By letter dated November 1, 2024, Sinai's counsel stated "We have also asked our client whether the schedules of pledged collateral identified in the loan agreements between Prudent and Sinai and Technocon are in their possession. They have informed us that these schedules, to the extent they were ever created, were created and are in the possession of Prudent…" | |
| **Sinai Repeated Request No. 14:** Please produce all Draw Down Notices issued under the 2018 MLA and 2022 MLA, together with All Documents and Communications in connection therewith. | Counsel for Sinai responded on September 16, 2024 that "Sinai intends to collect documents responsive to this request. Sinai's employee who handles its bookkeeping has been out of the office for several weeks for medical reasons. Once the employee returns, Sinai believes it will be able to produce documents responsive to this request."<br><br>On November 8, 2024 three drawdown schedules were produced, two of which concern loans with lenders not involved in these proceedings and which are unrelated to the 2018 MLA or 2022 MLA. The "NAO – Reconciliation Model" produced is understood to have been prepared by the Administrator and/or Prudent Group. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request, including all Communications regarding the Drawdowns. |
| **Sinai Amended Request No. 15:** Please produce, in relation to the Enterprise Valuation of Sinai Holdings LLC conducted by Stonebridge Advisory Inc. ("Stonebridge") for effective date March 15, 2024 (i) a copy of the fully executed engagement letter; (ii) a copy of Stonebridge's invoice and proof of payment; (iii) All Documents and information provided to Stonebridge to complete that Enterprise Valuation; and (iv) a copy of Stonebridge's final report. | Sinai has not produced any relevant documents in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |

| Relevant Document Request(s)[1] | Response | Status |
|---|---|---|
| **Sinai Amended Request No. 17:** Please produce All Documents and Communications related to any utilization of the following funds advanced under the terms of the 2018 MLA and 2022 MLA. Where the following funds were used to acquire assets, please provide Documents in connection [with the table set forth in the Sinai Deficiency Letter]. | Sinai has not produced any relevant Documents and Communications in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Sinai Amended Request No. 18:** Please produce All Documents and Communications surrounding the origination of the 2018 MLA and 2022 MLA. | Sinai has not produced any relevant Documents and Communications in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Sinai Amended Request No. 20:** Please produce an asset schedule detailing all real estate holdings and in-progress construction projects in which Sinai Holdings has an interest (including an indirect or part interest), specifying: (i) ownership percentage; (ii) encumbrances; (iii) approximate market value; (iv) description of current status (i.e. complete, operational, under construction, for sale, sold, under contract etc.); (v) projected completion date (where applicable); (vi) funding to date and funding projections to completion (where applicable); and (vii) details of other participants/joint venture partners where applicable. | Sinai has not produced any relevant documents in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Sinai Repeated Request No. 21:** Please produce, for all assets in addition to those referenced in Request for Production No. 20, an asset schedule detailing the assets, ownership of each asset, current market value of each asset, and any corresponding liabilities, for each asset held or owned by Sinai Holdings and its affiliates or related entities, together with All Documents and Communications concerning the acquisition, disposal, encumbrances and condition of such assets and liabilities, as applicable. | Sinai has not produced any relevant documents in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |

| Relevant Document Request(s)[1] | Response | Status |
|---|---|---|
| **Sinai Amended Request No. 23:** Please produce copies of all financing agreements, including factoring agreements, with the following parties, including details of any security or receivables pledged and confirmation of the outstanding balance under those agreements:<br>a) SPI Investment Fund SPC;<br>b) Benworth Capital Partners LLC; and<br>c) Any other lender or borrower. | Sinai has not produced any relevant documents in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Sinai Repeated Request No. 24:** Please produce, in respect to Sinai Holdings' shareholding in Core Scientific Creations Ltd ("**CSC**"), (i) a copy of the Sale Purchase Agreement, documenting Sinai Holdings' acquisition; (ii) All Documents upon which Sinai Holdings relied (due diligence etc.) in deciding to acquire its shareholding; (iii) a narrative explanation detailing how Sinai Holdings' acquisition was funded; (iv) the most recent valuation for CSC; (v) the last set of audited financial statements for CSC; and (vi) details of the current operational status of CSC. | Sinai has not produced any relevant documents in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Sinai Repeated Request No. 25:** Please produce All Documents and Communications concerning the audit of Sinai Holdings conducted by Hancock Askew and Co for the financial year ending December 31, 2020, which was issued on July 7, 2023. | A copy of the final audited financial statements for Sinai Holdings LLC and Subsidiaries as of December 31, 2020 has been provided. Certain email communications with Hancock Askew and Co. have also been provided. No other relevant documents have been provided. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Sinai Amended Request No. 26:** Please produce all director resolutions and shareholder resolutions and any materials prepared in connection with any Sinai Holdings board meetings, including board meeting minutes, for the Relevant Period. | A copy of the Operating Agreement of Sinai Holdings LLC dated March 14, 2017 and amendments dated April 24, 2017 and December 20, 2017 were provided.<br><br>No other relevant records have been provided. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request.<br><br>The Sinai Op Agt. states that "Regular meetings of the members will be held monthly." and that "The unanimous vote is required on major matters (over $50,0000 under this Operating |

| Relevant Document Request(s)[1] | Response | Status |
|---|---|---|
| | | Agreement. Major matters/decisions are to be documented and signed by all Members." Production should include minutes of all Members meetings and all resolutions, or equivalent documents. |
| **Sinai Repeated Request No. 27:** Please produce all reports, performance updates, and promotional materials issued to investors and potential investors in Sinai Holdings for the Relevant Period. | Sinai has not produced any relevant documents in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request.<br><br>If no such records exist, please certify this to be the case. |
| **Sinai Electronically Stored Information** and search terms | Sinai does not appear to have completed a search of ESI using the ESI protocol. | **Incomplete.** The Foreign Representatives proposed an ESI protocol attached as Annex 1 to the Sinai Deficiency Letter.<br><br>No data sourced using the ESI protocol and search terms has been provided. |
| **Alliance Amended Request No. 1:** Please produce an organizational chart reflecting the corporate structure, ownership, and management/control of Alliance Metals, and record of any changes thereto, during the Relevant Period. | Provided a copy of the Amended Operating Agreement of Alliance Metals, LLC dated June 8, 2017 "Alliance Op Agt.").<br><br>Alliance has not produced any other relevant documents in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Alliance Amended Request No. 3:** Please produce an extract from Alliance Metals' management accounts of all general ledgers; adjusting journal entries; and bank reconciliations, for the Relevant Period. | A copy of Alliance Metals' tax returns for 2020, 2021, 2022 and 2023 have been provided. Alliance Metals Alabama LLC tax returns for 2020, 2021 and 2022 have been provided.<br><br>None of the financial records relied upon to prepare these tax returns, or any other accounting records have been provided. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request.<br><br>The Alliance Op Agt. states that the Manager(s) (identified as Larry Gitman, and subsequently amended to add LGN International LLC ("LGN") on July 12, 2017, and on June 8, 2021 to appoint Jacob Gitman as a Manager and remove LGN) and the Company are responsible for maintaining accurate books and records as follows:<br>"14. Management<br>….. In addition to day-to-day management tasks and any other duties and responsibilities already |

| Relevant Document Request(s)[1] | Response | Status |
|---|---|---|
| | | identified in this Agreement, the Managers' duties will include keeping, or causing to be kept, full and accurate business records for the Company according to Generally Accepted Accounting Principles (GAAP) or International Financial Reporting Standards (IFRS),and overseeing the preparation of any reports considered reasonably necessary to keep the Members informed of the business performance of the Company." <br> "28. <u>Records</u> <br> The Company will at all times maintain accurate records of the following: <br> a. Information regarding the status of the business and the financial condition of the Company." <br> "29. <u>Books of Account</u> <br> Accurate and complete books of account of the transactions of the Company will be kept in accordance with Generally Accepted Accounting Principles (GAAP) or International Financial Reporting Standards (IFRS) and at all reasonable times will be available and open to inspection and examination by any Member. The books and records of the Company will reflect all the Company's transactions and will be appropriate and adequate for the business conducted by the Company." |
| **Alliance Repeated Request No. 5:** Please produce All Documents relating to each insurance policy held by Alliance Metals during the Relevant Period, including all contracts, proofs of insurance, and related Documents. | Alliance produced a certificate of liability insurance in response to this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Alliance Amended Request No. 6:** Please produce all audited and unaudited financial statement(s) of Alliance Metals (including all audit engagement letters) for the Relevant Period. If an audit was not performed for a | Alliance has not produced any relevant documents in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |

| Relevant Document Request(s)[1] | Response | Status |
|---|---|---|
| period during the Relevant Period, please confirm in writing. | Alliance has not confirmed whether audits were conducted for the remainder of the Relevant Period. | The Alliance Op Agt. states that the Company is to maintain accurate books and records and prepare an annual report: "34. Annual Report As soon as practicable after the close of each fiscal year, the Company will furnish to each Member an annual report showing a full and complete account of the condition of the Company including all information as will be necessary for the preparation of each Member's income or other tax returns. This report will consist of at least: a. A copy of the Company's federal income tax returns for that fiscal year. b. Income statement. c. Balance sheet. d. Cash flow statement. e. A breakdown of the profit and loss attributable to each Member." |
| **Alliance Repeated Request No. 7:** Please provide a current statement of financial position, cash flow and income statement, together with all supporting Documents necessary to verify the current financial position of Alliance Metals. | Alliance has not produced any relevant documents in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. The Alliance Op Agt. states that Company is to maintain accurate books and records: "29. Books of Account Accurate and complete books of account of the transactions of the Company will be kept in accordance with Generally Accepted Accounting Principles (GAAP) or International Financial Reporting Standards (IFRS) and at all reasonable times will be available and open to inspection and examination by any Member. The books and records of the Company will reflect all the Company's transactions and will be appropriate and adequate for the business conducted by the Company." "34. Annual Report |

| Relevant Document Request(s)[1] | Response | Status |
|---|---|---|
| | | As soon as practicable after the close of each fiscal year, the Company will furnish to each Member an annual report showing a full and complete account of the condition of the Company including all information as will be necessary for the preparation of each Member's income or other tax returns. This report will consist of at least: a. A copy of the Company's federal income tax returns for that fiscal year. b. Income statement. c. Balance sheet. d. Cash flow statement. e. A breakdown of the profit and loss attributable to each Member." |
| **Alliance Amended Request No. 8:** Please produce all Communications concerning the MLA (including but not limited to drawdowns, utilization of funds, repayment, forbearance, and accounts receivable pledged as security) between You and any and all representatives of the Foreign Debtors, including, but not limited to, U.S. Investment Manager, LLC, Prudent Group, Mr. Dennis Klemming, Mr. Niklas Klemming, Mr. Gareth Williams, and Mr. Richard Reich. | On September 16, 2024, Alliance objected to the Foreign Representatives' initial Request No. 8, arguing that the request is overly burdensome because it would require production of thousands of emails. Alliance also contends that the request would not be allowed without first establishing ESI protocols and determining whether cost-shifting is appropriate.<br><br>With the exception of certain limited email communications produced on October 30, 2024 from a manual search by Mr. Jacob Gitman of his inbox, Alliance has not produced any relevant documents in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Alliance Repeated Request No. 11:** Please produce copies of all bank statements for the Relevant Period in respect of:<br>a) Alliance Metals, Chase Bank Account No. ▉▉▉▉, and any and all other Borrower's Bank Accounts and Operational Accounts of Alliance Metals (as defined by section 4 of the MLA); and<br>b) Alliance Metals, First Metro Bank Account No. ▉▉▉; | Alliance has not produced any relevant bank statements in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |

| Relevant Document Request(s)[1] | Response | Status |
|---|---|---|
| c) All DACA Deposit accounts maintained for proceeds of any receivables pledged under the MLA; and<br>d) any other bank account in the name of Alliance Metals for the Relevant Period. | | |
| **Alliance Repeated Request No. 13:** Please produce a schedule detailing all security granted in respect of the obligations created under the MLA, including, but not limited to:<br>a) All assigned and pledged receivables (together with copies of all corresponding invoices);<br>b) Details of when those invoices were paid, amount paid and details of the accounts(s) into which proceeds were paid (including account name, number and banking institution); and<br>c) How those proceeds were utilized thereafter. | On September 13, 2024, counsel for Alliance responded that "Alliance intends to collect documents responsive to this request. Two employees of Alliance have been out of the office for several weeks, one for personal reasons and one for medical reasons. Once the employees return, Alliance believes it will be able to produce documents responsive to this request."<br><br>Alliance has not produced any relevant documents in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Alliance Repeated Request No. 14:** Please produce all Draw Down Notices issued under the MLA, together with all supporting Documents and Communications in connection therewith. | On September 13, 2024, counsel for Alliance responded that "Alliance intends to collect documents responsive to this request. Two employees of Alliance have been out of the office for several weeks, one for personal reasons and one for medical reasons. Once the employees return, Alliance believes it will be able to produce documents responsive to this request."<br><br>On November 8, 2024 three drawdown schedules were produced, two of which concern loans with lenders not involved in these proceedings and which are unrelated to the MLA. The "NAO – Reconciliation Model" produced is understood to have been prepared by the Administrator and/or Prudent Group. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Alliance Amended Request No. 15:** Please produce All Documents and Communications related to any utilization of the following funds advanced under the terms of the MLA. Where | Alliance has not produced any relevant documents in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |

| Relevant Document Request(s)[1] | Response | Status |
|---|---|---|
| the following funds were used to purchase equipment and metals in the "lists of equipment and metals" referenced in response to this request under the September 10, 2024 response, please specify and reference the specific assets funded by the below drawdowns: [table included in deficiency letter dated as of October 8, 2024]. | | The Alliance Op Agt. states that major transactions are to be documented: "14. <u>Management</u> …..The unanimous vote is required on major matters (over $500,000) under this Operating Agreement. Major matters/decisions are to be documented and signed by all Members." |
| **Alliance Amended Request No. 16:** Please produce All Documents and Communications surrounding the origination of the MLA. | Alliance has not produced any relevant documents in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Alliance Amended Request No. 18:** Please produce copies of fully executed sale/purchase agreements, PAID invoices, proof of payment or any other relevant Documents evidencing Alliance Metals' ownership of the following assets and details of any security pledged.<br>a) Various items of plant and equipment supplied and installed by JW Jones Company, LLC contained in the invoice no. 6464 dated January 31, 2019.<br>b) 114' long Ingot Casting Conveyor supplied and installed by Henderson Fabricating Co., Inc. contained in quotation no. 07262021 dated July 26, 2021.<br>c) 200,000# Aluminum Side Well Melting Furnace supplied and installed by Henderson Fabricating Co., Inc. contained in the Proposal dated August 11, 2021.<br>d) Dust Collection System supplied by ETA Engineering, Inc. contained in the Revised Scope of Work dated February 21, 2022.<br>e) Scrap Processing Equipment supplied by Colonial Brick Company contained in the Wire Instructions dated September 14, 2021.<br>f) Sow pouring trough, sow casting rack and the sow launder platform supplied and installed by | Alliance has not produced any relevant documents in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |

| Relevant Document Request(s)[1] | Response | Status |
|---|---|---|
| Henderson Fabricating Co., Inc. contained in the Price Estimate dated July 1, 2021.<br>g) Various items of plant and equipment and associated installation by Steinert US contained in the Customer Estimate No. QE18056-02 dated April 7, 2021.<br>h) 50,000 lb. capacity straight tilting Rotary Furnace, supplied and installed by Mansell and & Associates, LLC. contained in the Quote 121118 dated December 11, 2018.<br>i) Various items of plant and equipment and associated installation by US Conveyor Technologies contained in the Proposal Layout Q0138-LAYOUT-R1 dated April 26, 2021.<br>j) X-ray Recovery System supplied and installed by US Conveyor Systems contained in Sales Order No. R167 dated April 30, 2021. | | |
| **Alliance Amended Request No. 19:** Please produce copies of all financing agreements, including factoring agreements, with the following parties, including details of any security or receivables pledged and confirmation of the outstanding balance under those agreements:<br>a) HYG Financial Services Inc.;<br>b) U.S. Small Business Administration;<br>c) Amerant Equipment Finance; and<br>d) Any other lender to Alliance | On September 10, 2024, Alliance produced a copy of the complaint filed in *Amerant Equipment Finance v Alliance et al*.<br><br>Alliance has not produced any other relevant documents in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Alliance Electronically Stored Information** and search terms | Alliance does not appear to have completed a search of ESI using the ESI protocol. | **Incomplete.** The Foreign Representatives proposed an ESI protocol attached as Annex 1 to the Discovery Deficiency Letter dated October 8, 2024.<br><br>No data sourced using the ESI protocol and search terms has been provided. |
| **Technocon Amended Request No. 1:** Please produce an organizational chart reflecting the corporate structure, ownership, and | No relevant documents have been produced in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |

| Relevant Document Request(s)[1] | Response | Status |
|---|---|---|
| management/control of Technocon, and record of any changes thereto, during the Relevant Period. | | |
| **Technocon Amended Request No. 3:** Please produce in Microsoft Excel format, an extract from Technocon's management accounts of all general ledgers; adjusting journal entries; and bank reconciliations, for the Relevant Period. | Tax returns for Technocon International Inc. for 2021 have been provided.<br><br>None of the financial records relied upon to prepare this tax return, or any other accounting records have been provided. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Technocon Amended Request No. 4:** Please produce all Documents relating to asset or liability transfers to and from Technocon and its affiliates and related entities for the Relevant Period, for transaction values greater than or equal to $100,000. | No relevant documents have been produced in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Technocon Repeated Request No. 5:** Please produce all Documents relating to each insurance policy held by Technocon during the Relevant Period, including all contracts, proofs of insurance, and related Documents. | No relevant documents have been produced in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Technocon Amended Request No. 6:** Please produce all audited and unaudited financial statement(s) of Technocon (including all audit engagement letters) for the Relevant Period. Where an audit was not performed for a period during the Relevant Period, please confirm in writing. | No relevant documents or response has been produced in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Technocon Repeated Request No. 7:** Please provide a current statement of financial position, cash flow and income statement, together with all supporting Documents necessary to verify the current financial position of Technocon. | No relevant documents have been produced in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Technocon Repeated Request No. 8:** Please produce all Communications between You and | Technocon objected to Foreign Representatives' initial Request Request No. 8, arguing that the | **Incomplete.** The Foreign Representatives proposed an ESI protocol attached as Annex 1 to |

| Relevant Document Request(s)[1] | Response | Status |
|---|---|---|
| any and all representatives of the Foreign Debtors, including, but not limited to, U.S. Investment Manager, LLC; Prudent Group, Mr. Dennis Klemming, Mr. Niklas Klemming, Mr. Gareth Williams and Mr. Richard Reich. | request is overly burdensome because it would require production of thousands of emails. Technocon also contends that the request would not be allowed without first establishing ESI protocols and determining whether cost-shifting is appropriate.<br><br>With the exception of certain limited email communications produced on October 30, 2024, from a manual search by Mr Jacob Gitman of his inbox, Sinai has not produced any relevant documents in connection with this request. | the Discovery Deficiency Letter dated October 8, 2024.<br>No data sourced using the ESI protocol and search terms has been provided. |
| **Technocon Repeated Request No. 11:** Please produce copies of all bank statements for the Relevant Period in respect of:<br>a) Alliance Metals, Chase Bank Account No. ▓▓▓▓, Technocon International Inc, Amerant Bank Account No. ▓▓▓▓ and any and all other Borrower's Bank Accounts and Operational Accounts (as defined by section 4 of the MLA); and<br>b) any other bank account in the name of Technocon for the Relevant Period. | Provided certain account statements for Technocon International Inc. (d/b/a Alliance)<br><br>On October 15, 2024, and on October 30, 2024 provided some account statements for Technocon, for limited selected months.<br><br>No bank account statements have been provided for Alliance Metals LLC. | **Incomplete.** The Foreign Representatives require a list of all accounts held during the Relevant Period in the name of each of the entities for which they have requested financial records, all bank statements, and, for any missing statements, reasons therefor.<br><br>Please refer to **Schedule 1** hereto providing details of accounts identified by the Foreign Representatives and the periods for which bank statements have been provided to date. This list of accounts may not be exhaustive, and confirmation of all accounts is required. |
| **Technocon Repeated Request No. 13:** Please produce a schedule detailing all security granted in respect of the obligations created under the MLA, including, but not limited to:<br>a) All assigned and pledged receivables (together with copies of all corresponding invoices provided as security);<br>b) Details of when those invoices were paid, amount paid and details of the accounts(s) into which proceeds were paid (including account name, number, institution); and<br>c) How those proceeds were utilized thereafter. | On September 13, 2024, counsel for Technocon responded that "Technocon intends to collect documents responsive to this request. Two employees of Technocon have been out of the office for several weeks, one for personal reasons and one for medical reasons. Once the employees return, Technocon believes it will be able to produce documents responsive to this request."<br><br>Technocon has not produced any relevant documents in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |

| Relevant Document Request(s)[1] | Response | Status |
|---|---|---|
| **Technocon Repeated Request No. 14:** Please produce all Draw Down Notices issued under the MLA, together with all supporting Documents and Communications in connection therewith. | On September 13, 2024, counsel for Technocon responded that "Technocon intends to collect documents responsive to this request. Two employees of Alliance have been out of the office for several weeks, one for personal reasons and one for medical reasons. Once the employees return, Alliance believes it will be able to produce documents responsive to this request."<br><br>On November 8, 2024 three drawdown schedules were produced, two of which concern loans with lenders not involved in these proceedings and which are unrelated to the MLA. The "NAO – Reconciliation Model" produced is understood to have been prepared by the Administrator and/or Prudent Group. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request, including all Communications regarding the Drawdowns. |
| **Technocon Amended Request No. 15:** Please produce All Documents and Communications related to any utilization of the following funds advanced to Technocon under the terms of the MLA. Where the following funds were used to purchase equipment and metals in the "lists of equipment and metals" referenced in response to this request under the September 10, 2024 response, please specify and reference the specific assets funded by the below drawdowns:[*table included in discovery deficiency letter dated as of October 8, 2024*] | No relevant documents have been produced in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Technocon Amended Request No. 16:** Please produce All Documents and Communications surrounding the origination of the MLA. | No relevant documents have been produced in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Technocon Repeated Request No. 17:** Please produce a schedule of all transfers of funds equal to or greater than $50,000 during the Relevant Period from and to Technocon, and its affiliates or related entities, where the transferor/recipient was: | No relevant documents have been produced in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |

| Relevant Document Request(s)[1] | Response | Status |
|---|---|---|
| a) The Foreign Debtors (to the extent not produced under Request for Production No. 15) b) Alliance Metals LLC; c) Sinai Holdings LLC; d) Athena Medical Management Group LLC; or e) Any related party. Please specify the applicable accounts, dates, amounts and purpose of the funds transferred. | | |
| **Technocon Amended Request No. 18:** Please produce copies of sale/purchase agreements, invoices or any other relevant Documents evidencing Technocon's ownership of any assets. | No relevant documents have been produced in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Technocon Amended Request No. 19:** Please produce copies of all financing agreements, including factoring agreements with the following parties, including details of any security or receivables pledged and confirmation of the outstanding balance under those agreements: a) Caterpillar Financial Services Corporation; and b) UniCarriers Capital. | No relevant documents have been produced in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Technocon Repeated Request No. 20:** Please produce all Documents and Communications reflecting director resolutions and shareholder resolutions of Technocon, and any materials prepared in connection with any Technocon board meetings, including board meeting minutes, for the Relevant Period. | No relevant documents have been produced in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Technocon Repeated Request No. 21:** Please produce all Documents and Communications other than those referenced in any of the foregoing requests, concerning the financial or business dealings of Technocon, or any affiliates or related parties, with the Foreign Debtors or any party known to be, or which may be considered likely to be, a related party of the | Technocon objected to the Foreign Representatives' initial Request No. 21, arguing that the request is overly broad and burdensome because it would require Technocon employees to conduct exhaustive searches of their inboxes. | **Incomplete.** The Foreign Representatives proposed an ESI protocol attached as Annex 1 to the Discovery Deficiency Letter dated as of October 8, 2024. No data sourced using the ESI protocol and search terms has been provided. |

| Relevant Document Request(s)[1] | Response | Status |
|---|---|---|
| Foreign Debtors, and Technocon and its affiliates and related entities or parties. | | |
| **Jacob Gitman (Sinai and Athena) Amended Request No. 1:** Please produce all director resolutions and shareholder resolutions of Technocon and Alliance Metals for the Relevant Period. | No relevant documents have been produced in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Jacob Gitman (Sinai and Athena) Amended Request No. 2.** Please produce All Documents prepared in connection with Athena and Sinai Holdings' board meetings and shareholder meetings, including meeting minutes for the Relevant Period. | No relevant documents have been produced in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Jacob Gitman (Sinai and Athena) Amended Request No. 6:** Please produce All Documents and Correspondence relating to any transactions between You and Athena and Sinai Holdings, during the Relevant Period including transactions for transaction values greater than or equal to $50,000. | No relevant documents have been produced in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Jacob Gitman (Sinai and Athena) Repeated Request No. 8:** Please produce All Documents and Communications with respect to Core Scientific Creations Limited ("CSC") (i) concerning your appointment as a Director of CSC; (ii) concerning Sinai Holdings' acquisition of shares in CSC; and (iii) with and between Mr. Dennis Klemming in his capacity as Director of the Foreign Debtors, as a Director of CSC and in any other capacity whatsoever. | No relevant documents have been produced in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Jacob Gitman (Sinai and Athena) Amended Request No. 9:** Please produce All Documents and Correspondence relating to Your dealings with any auditor to Athena and Sinai Holdings for the Relevant Period. | Certain email communications with Hancock Askew and Co. have been provided. No other relevant documents have been provided. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Jacob Gitman (Sinai and Athena) Amended Request No. 12.** Please produce all Communications concerning: | With respect to Mr. Jacob Gitman, a limited selection of emails received and sent by Mr. Gitman was produced on October 30, 2024. By | **Incomplete.** Limited, "cherry-picked" emails provided. The Foreign Representatives are |

| Relevant Document Request(s)[1] | Response | Status |
|---|---|---|
| a) The Master Loan Agreement between Prudent Cayman Investment Funds Master SPC - North American Opportunity Master SP and Sinai Holdings LLC dated November 14, 2018; b) The Master Loan Agreement between Prudent Cayman Investment Funds Master SPC - North American Opportunity Master SP and Sinai Holdings LLC dated and December 1, 2022; and c) The Master Loan Agreement between Prudent Cayman Investment Funds Master SPC - North American Opportunity Master SP and Athena dated January 1, 2023; including but not limited to drawdowns, utilization of funds, repayment, forbearance, and accounts receivable pledged as security between You and Mr. Dennis Klemming and any and all representatives of the Foreign Debtors, including, but not limited to: (i) U.S. Investment Manager, LLC, (ii) Prudent Group, (iii) Prudent Investimentos Ltda, (iv) Mr. Niklas Klemming, (v) Mr. Gareth Williams and (vi) Mr. Richard Reich; and make full disclosure of Your relationship (including duration of Your relationship) with each of the aforementioned individuals and entities for the period prior to and during the Relevant Period. | letter dated November 1, 2024, counsel for Mr. Gitman stated that these emails were collected by Mr. Gitman via a manual search of his inbox, though they could not certify that the search was exhaustive. | entitled to all responsive documents with respect to this request. |
| **Gitmans (Alliance and Technocon) Amended Request No. 1:** Please produce all director resolutions and shareholder resolutions of Technocon and Alliance Metals for the Relevant Period. | No relevant documents have been produced in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Gitmans (Alliance and Technocon) Amended Request No. 2:**[4] Please produce All Documents and Communications prepared in connection with Technocon and Alliance Metals' board | No relevant documents have been produced in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |

---

4    References to "Gitmans" apply to both Jacob Gitman and Ariel (Larry) Gitman.

| Relevant Document Request(s)[1] | Response | Status |
|---|---|---|
| meetings and shareholder meetings, including meeting minutes for the Relevant Period. | | |
| **Gitmans (Alliance and Technocon) Amended Request No. 6:** Please produce All Documents and Correspondence relating to any transactions between You and Technocon and You and Alliance Metals, during the Relevant Period including transactions for transaction values greater than or equal to $50,000. | No relevant documents have been produced in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Gitmans (Alliance and Technocon) Amended Request No. 7:** Please produce all Communications concerning the Master Loan Agreement between Technocon and Cayman Investment Funds Master SPC dated September 11, 2018 (including but not limited to drawdowns, utilization of funds, repayment, forbearance, and accounts receivable pledged as security) between you and Mr. Dennis Klemming and any and all representatives of the Foreign Debtors, including but not limited to: (i) U.S. Investment Manager, LLC, (ii) Prudent Group, (iii) Prudent Investimentos Ltda, (iv) Mr. Niklas Klemming, (v) Mr. Gareth Williams and (vi) Mr. Richard Reich; and make full disclosure of Your relationship (including duration of Your relationship) with each of the aforementioned individuals and entities for the period prior to and during the Relevant Period. | With respect to Mr. Jacob Gitman, a limited selection of emails received and sent by Mr. Gitman was produced on October 30, 2024. By letter dated November 1, 2024, counsel for Mr. Gitman stated that these emails were collected by Mr. Gitman via a manual search of his inbox, though they could not certify that the search was exhaustive. | **Incomplete.** Limited, "cherry-picked" emails provided. The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Athena Request for Production No. 1:** Please produce for the Relevant Period, an organizational chart and any other Documents reflecting the corporate structure, ownership, management, control, operational status of all subsidiaries and any and all other arrangements whatsoever of and between Athena and all affiliates and related entities, including all articles of incorporation, bylaws, shareholders | Operating Agreements for Athena (effective December 1, 2020 and December 10, 2021); Surgical Specialists of St. Lucie County, LLC (effective May 15, 2007 and December 1, 2020); IV Infusion Treatment Center, LLC (effective December 2, 2016); and Surgical Treatment Center, LLC (effective September 1, 2017 and September 5, 2017)  have been provided, together with various corporate filings with the | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |

| Relevant Document Request(s)[1] | Response | Status |
|---|---|---|
| agreements, operating agreements, change of name registrations, and all amendments thereto. | Florida Division of Corporations (which are publicly accessible). No other relevant documents have been provided. | |
| **Athena Request for Production No. 2:** Please produce details of all licenses/certifications that You hold and that You are required by law to hold, along with applicable expiration dates for each license or certification. Please identify all licenses/certifications that You do not presently hold, but are required by law to hold, and include an explanation regarding any such noncompliance. | No relevant documents have been produced in connection with this request | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Athena Request for Production No. 3:** Please produce All Documents and Communications relating to the appointment, termination and resignation of the directors and officers of Athena for the Relevant Period. | No relevant documents have been produced in connection with this request | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Athena Request for Production No. 4:** Please produce, in Microsoft Excel format, all general ledger extracts, adjusting journal entries, and bank reconciliations extracted from Athena's management accounts, for the Relevant Period | No relevant documents have been produced in connection with this request | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Athena Request for Production No. 5:** Please produce All Documents relating to asset or liability transfers to and from Athena and its affiliates and related entities for the Relevant Period. | No relevant documents have been produced in connection with this request | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Athena Request for Production No. 6:** Please produce All Documents relating to each insurance policy held by Athena during the Relevant Period, including all contracts, proofs of insurance, and related Documents. | No relevant documents have been produced in connection with this request | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Athena Request for Production No. 7:** Please produce all audited and unaudited financial statement(s) of Athena for the Relevant Period, including All Documents, Communications and any other materials prepared or maintained in | No relevant documents have been produced in connection with this request | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |

| Relevant Document Request(s)[1] | Response | Status |
|---|---|---|
| connection therewith, to the extent not produced under Request for Production No. 4 | | |
| **Athena Request for Production No. 8:** Please provide a current statement of financial position, cash flow and income statement, together with All Documents necessary to verify the current financial position of Athena. | No relevant documents have been produced in connection with this request | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Athena Request for Production No. 9:** Please produce all Communications between You and any and all representatives of the Foreign Debtors, including, but not limited to, U.S. Investment Manager, LLC, Prudent Group, Mr. Dennis Klemming, Mr. Niklas Klemming, Mr. Gareth Williams, and Mr. Richard Reich. | With respect to Mr. Jacob Gitman, a limited selection of emails received and sent by Mr. Gitman was produced on October 30, 2024. By letter dated November 1, 2024, counsel for Mr. Gitman stated that these emails were collected by Mr. Gitman via a manual search of his inbox, though they could not certify that the search was exhaustive. | **Incomplete.** Limited, "cherry-picked" emails provided. The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Athena Request for Production No. 10:** Please produce All Documents and Communications related to the Master Loan Agreement between Prudent Cayman Investment Funds Master SPC - North American Opportunity Master SP and Athena dated January 1, 2023 ("MLA") including all exhibits and annexures and any subsequent amendments to the MLA. | Certain email correspondence between Allen Licht, Athena and Richard Reich, Prudent Group, between March 10, 2023 to September 3, 2024 have been produced. No other relevant documents have been produced in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Athena Request for Production No. 11:** Please produce copies of all bank statements for the Relevant Period, including, without limitation: a) the following accounts and any and all Borrower's Bank Accounts and Operational Accounts (as defined by section 4 of the MLA) [see table included in Subpoena Notice]; and b) any other bank account in the name of Athena for the Relevant Period. | No relevant documents have been produced in connection with this request | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Athena Request for Production No. 12:** Please produce details of all DACA deposit accounts maintained for proceeds of any receivables pledged under the MLA, including copies of all bank statements during the Relevant Period, to | No relevant documents have been produced in connection with this request | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |

| Relevant Document Request(s)[1] | Response | Status |
|---|---|---|
| the extent not provided under Request for Production No. 11. | | |
| **Athena Request for Production No. 13:** Please produce a schedule detailing all security granted in respect of the obligations created under the MLA, including, but not limited to: a) all assigned and pledged receivables (together with copies of all corresponding invoices provided as security); b) details of when those invoices were paid, amount paid and details of the account(s) into which proceeds were paid (account name, number, institution); and c) how those corresponding proceeds were utilized thereafter. | On September 27, 2024, Counsel for Athena responded that "Athena intends to collect documents responsive to this request. The employee at Athena responsible for this information has only recently returned to the office after medical leave. Athena believes it will be able to produce documents responsive to this request in the next few weeks."<br><br>No relevant documents have been produced in connection with this request. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Athena Request for Production No. 14:** Please produce all Draw Down Notices issued under the MLA, together with All Documents and Communications in connection therewith. | On September 27, 2024, Counsel for Athena responded that "Athena intends to collect documents responsive to this request. The employee at Athena responsible for this information has only recently returned to the office after medical leave. Athena believes it will be able to produce documents responsive to this request in the next few weeks."<br><br>On November 8, 2024 three drawdown schedules were produced, two of which concern loans with lenders not involved in these proceedings and which are unrelated to the MLA. The "NAO – Reconciliation Model" produced is understood to have been prepared by the Administrator and/or Prudent Group. | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Athena Request for Production No. 15:** Please produce All Documents and Communications related to any utilization of the amount of $1,200,000 advanced under the MLA on February 2, 2023. | No relevant documents have been produced in connection with this request | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |

| Relevant Document Request(s)[1] | Response | Status |
|---|---|---|
| **Athena Request for Production No. 16:** Please produce all loan application Documents and due diligence materials provided by You to the Foreign Debtors in conjunction with Your request for a loan under the MLA. | Response provided by reply dated September 27, 2024 was "None" | |
| **Athena Request for Production No. 17:** Please produce a schedule of all funds transferred during the Relevant Period from and to Athena, and its affiliates or related entities, where the transferor/recipient was: a) the Foreign Debtors (to the extent not already produced under Request for Production No. 11) or any affiliate or related entity; or b) Sinai Holdings or any affiliate or related entity. Please specify the applicable accounts, dates, amounts, purpose and utilization of the funds transferred and provide All Documents and Communications in connection therewith. | No relevant documents have been produced in connection with this request | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Athena Request for Production No. 18:** Please produce a schedule detailing the assets, ownership of each asset, current market value of each asset, and any corresponding liabilities, for each asset owned or held by Athena and its affiliates or related entities, together with All Documents and Communications concerning the acquisition, disposal, encumbrances and condition of such assets and liabilities, as applicable. | No relevant documents have been produced in connection with this request | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Athena Request for Production No. 19:** Please produce a schedule detailing all current leases to which Athena is a party, specifying (i) lease term; (ii) lessor name; and (iii) rent payable. | Response provided by reply dated September 27, 2024 was "None" | |
| **Athena Request for Production No. 20:** Please produce All Documents relating to any financing agreements, to which Athena is a party, including details of any security or receivables pledged and confirmation of the outstanding | Response provided by reply dated September 27, 2024 was "None" | |

| Relevant Document Request(s)[1] | Response | Status |
|---|---|---|
| balance under those agreements as at the date of this Document Request. | | |
| **Athena Request for Production No. 21:** Please produce All Documents and Communications reflecting director resolutions and shareholder resolutions and any materials prepared in connection with any Athena board meetings, including board meeting minutes, for the Relevant Period. | No relevant documents have been produced in connection with this request | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Athena Request for Production No. 22:** Please produce all reports, performance updates and promotional materials issued to investors and potential investors in Athena for the Relevant Period. | No relevant documents have been produced in connection with this request | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Athena Request for Production No. 23:** Please produce copies of any and all regulatory complaints which have been issued to Athena by government and professional bodies. | No relevant documents have been produced in connection with this request | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |
| **Athena Request for Production No. 24:** Please produce All Documents and Communications other than those referenced in any of the foregoing requests, concerning the financial or business dealings of Athena, or any affiliates or related parties, with the Foreign Debtors, or any party known to be, or which may be considered likely to be, a related party of the Foreign Debtors and Sinai Holdings and its affiliates and related entities or parties. | No relevant documents have been produced in connection with this request | **Incomplete.** The Foreign Representatives are entitled to all responsive documents with respect to this request. |

## SCHEDULE 1: IDENTIFIED ACCOUNTS

| | Account Name | Bank | Acct No. | Date received | Statements Provided | Status |
|---|---|---|---|---|---|---|
| 1. | Alec Y Luic MD | Marine Bank | N/A | N/A | N/A | **Incomplete.** Account listed in Annex 1 of the Sinai Deficiency Letter dated October 8, 2024. Bank account statements not provided. |
| 2. | Alliance Metals LLC / Technocon | Metro Bank | N/A | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 3. | Ancovi International LLC | Regions Bank | ███1-544 | N/A | N/A | **Incomplete.** Statement analysis provided for January and February 2020 but no bank account statements provided. |
| 4. | Athena Medical Management Group, LLC - Lockbox | Amerant Bank | ███0206 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 5. | Athena Medical Management Group, LLC - Operations | Amerant Bank | ███0106 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 6. | Cardiovascular Surgical Suites | Bank United | *5763 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 7. | Charles Kahn and Wayne Riskin | Truist | **8680 | N/A | N/A | **Incomplete.** Account listed in Annex 1 of the Sinai Deficiency Letter dated October 8, 2024. |

| | Account Name | Bank | Acct No. | Date received | Statements Provided | Status |
|---|---|---|---|---|---|---|
| | | | | | | Bank account statements not provided. |
| 8. | Charles Kahn and Wayne Riskin | Truist | **8631 | N/A | N/A | **Incomplete.** Account listed in Annex 1 of the Sinai Deficiency Letter dated October 8, 2024. Bank account statements not provided. |
| 9. | Charles Kahn and Wayne Riskin - Collections | Amerant Bank | ▐5306 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 10. | Charles Kahn and Wayne Riskin - Operations | Amerant Bank | 1▐5106 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 11. | Charles Kahn and Wayne Riskin MD's Inc. - Collections | Citi | ▐5085 | N/A | N/A | **Incomplete.** Account listed in Annex 1 of the Sinai Deficiency Letter dated October 8, 2024. Bank account statements not provided. |
| 12. | Charles Kahn and Wayne Riskin MD's Inc. - Operations | Citi | ▐5072 | N/A | N/A | **Incomplete.** Account listed in Annex 1 of the Sinai Deficiency Letter dated October 8, 2024. Bank account statements not provided. |
| 13. | Frontier Surgical | Bank United | *5801 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 14. | IV Infusion Treatment Center LLC | Regions Bank | ▐1-595 | N/A | N/A | **Incomplete.** Statement analysis provided for January and February |

| | Account Name | Bank | Acct No. | Date received | Statements Provided | Status |
|---|---|---|---|---|---|---|
| | | | | | | 2020 but no bank account statements provided. |
| 15. | IV Infusion Treatment Center, LLC | Space Coast Credit Union | N/A | N/A | N/A | **Incomplete.** Account listed in Annex 1 of the Sinai Deficiency Letter dated October 8, 2024. Bank account statements not provided. |
| 16. | IV Infusion Treatment Center, LLC - Collections | Amerant Bank | ▮4206 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 17. | IV Infusion Treatment Center, LLC - Collections | Citi | ▮5455 | N/A | N/A | **Incomplete.** Account listed in Annex 1 of the Sinai Deficiency Letter dated October 8, 2024. Bank account statements not provided. |
| 18. | IV Infusion Treatment Center, LLC - Collections | Optimum Bank | ▮3015 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 19. | IV Infusion Treatment Center, LLC - Operations | Amerant Bank | ▮4106 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 20. | IV Infusion Treatment Center, LLC - Operations | Citi | ▮5442 | N/A | N/A | **Incomplete.** Account listed in Annex 1 of the Sinai Deficiency Letter dated October 8, 2024. Bank account statements not provided. |

| | Account Name | Bank | Acct No. | Date received | Statements Provided | Status |
|---|---|---|---|---|---|---|
| 21. | IV Infusion Treatment Center, LLC - Operations | Optimum Bank | ▮3007 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 22. | LGN International LLC | Regions Bank | ▮1-463 | N/A | N/A | **Incomplete.** Statement analysis provided for January and February 2020 but no bank account statements provided. |
| 23. | Live Oak Endoscopy | Marine Bank | N/A | N/A | N/A | **Incomplete.** Account listed in Annex 1 of the Sinai Deficiency Letter dated October 8, 2024. Bank account statements not provided. |
| 24. | Medical Specialists of FTL, LLC - Collections | Amerant Bank | ▮5006 | N/A | N/A | Account identified by Foreign Representatives. Bank account statements not provided. |
| 25. | Medical Specialists of FTL, LLC - Collections | Citi | ▮2024 | N/A | N/A | **Incomplete.** Account listed in Annex 1 of the Sinai Deficiency Letter dated October 8, 2024. Bank account statements not provided. |
| 26. | Medical Specialists of FTL, LLC - Collections | Optimum Bank | ▮3056 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 27. | Medical Specialists of FTL, LLC - Operations | Amerant Bank | ▮4906 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |

| | Account Name | Bank | Acct No. | Date received | Statements Provided | Status |
|---|---|---|---|---|---|---|
| 28. | Medical Specialists of FTL, LLC - Operations | Citi | ███2037 | N/A | N/A | **Incomplete.** Account listed in Annex 1 of the Sinai Deficiency Letter dated October 8, 2024. Bank account statements not provided. |
| 29. | Medical Specialists of FTL, LLC - Operations | Optimum Bank | ███3049 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 30. | Physicians Surgical Network, LLC | Suntrust Bank | Unknown | N/A | N/A | **Incomplete.** Account listed in Annex 1 of the Sinai Deficiency Letter dated October 8, 2024. Bank account statements not provided. |
| 31. | Physicians Surgical Network, LLC | Truist | **5696 | N/A | N/A | **Incomplete.** Account listed in Annex 1 of the Sinai Deficiency Letter dated October 8, 2024. Bank account statements not provided. |
| 32. | Physicians Surgical Network, LLC - Collections | Amerant Bank | ███4806 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 33. | Physicians Surgical Network, LLC - Collections | Citi | ███2367 | N/A | N/A | **Incomplete.** Account listed in Annex 1 of the Sinai Deficiency Letter dated October 8, 2024. Bank account statements not provided. |
| 34. | Physicians Surgical Network, LLC - Collections | Optimum Bank | ███2991 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank |

| | Account Name | Bank | Acct No. | Date received | Statements Provided | Status |
|---|---|---|---|---|---|---|
| | | | | | | account statements not provided. |
| 35. | Physicians Surgical Network, LLC - Operations | Amerant Bank | ▓4706 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 36. | Physicians Surgical Network, LLC - Operations | Citi | ▓2354 | N/A | N/A | **Incomplete.** Account listed in Annex 1 of the Sinai Deficiency Letter dated October 8, 2024. Bank account statements not provided. |
| 37. | Physicians Surgical Network, LLC - Operations | Optimum Bank | ▓2983 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 38. | Prudent Investimentos LLC | Regions Bank | ▓1-552 | N/A | N/A | **Incomplete.** Statement analysis provided for January and February 2020 but no bank account statements provided. |
| 39. | Signet International LLC | Regions Bank | ▓1-560 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 40. | Sinai Holdings LLC | Chase | ▓7229 | N/A | N/A | **Incomplete.** Account listed in Annex 1 of the Sinai Deficiency Letter dated October 8, 2024. Bank account statements not provided. |
| 41. | Sinai Holdings LLC | Radius Bank | ▓0071 | October 30, 2024 | April 15, 2020 – October 30, 2020 | **Incomplete.** Require statements for entire Relevant Period up to |

| | Account Name | Bank | Acct No. | Date received | Statements Provided | Status |
|---|---|---|---|---|---|---|
| | | | | | | current date or confirmed date of account closure. |
| 42. | Sinai Holdings LLC | Radius Bank | ████0409 | October 30, 2024 | April 15, 2020 – October 30, 2020 | **Incomplete.** Require statements for entire Relevant Period up to current date or confirmed date of account closure. |
| 43. | Sinai Holdings LLC | Radius Bank | ████3864 | October 30, 2024 | May 11, 2020 – October 30, 2020 | **Incomplete.** Require statements for entire Relevant Period up to current date or confirmed date of account closure. |
| 44. | Sinai Holdings LLC | Regions Bank | ████1-536 | October 30, 2024 | January 1, 2020 – February 28, 2020 | **Incomplete.** Require statements for entire Relevant Period up to current date or confirmed date of account closure. |
| 45. | Sinai Holdings LLC | Regions Bank | ████8-661 | October 30, 2024 | December 12, 2019 – February 28, 2020 | **Incomplete.** Require statements for entire Relevant Period up to current date or confirmed date of account closure. |
| 46. | Sinai Holdings LLC - Lockbox 4 - NAO | IFB Bank | ████5941 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 47. | Sinai Holdings LLC - Operating Account | Regions Bank | ████1-587 | October 30, 2024 | January 1, 2020 – February 28, 2020 | **Incomplete.** Require statements for entire Relevant Period up to current date or confirmed date of account closure. |
| 48. | Sinai Holdings, LLC | Amerant Bank | ████3706 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |

| | Account Name | Bank | Acct No. | Date received | Statements Provided | Status |
|---|---|---|---|---|---|---|
| 49. | Sinai Holdings, LLC | Amerant Bank | ■■■3806 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 50. | Sinai Holdings, LLC | Amerant Bank | ■■■3906 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 51. | Sinai Holdings, LLC | Amerant Bank | ■■■3506 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 52. | Sinai Holdings, LLC | Citi | ■■■5390 | October 15 & 30, 2024 | October 1, 2020 – December 31, 2023 | **Incomplete.** Require 2024 statements. Statements provided have balance redacted and pages with movements have been omitted. |
| 53. | Sinai Holdings, LLC | Citi | ■■■5387 | October 15 & 30, 2024 | October 1, 2020 - June 30, 2024 | **Incomplete.** Require statements for entire Relevant Period up to current date or confirmed date of account closure. |
| 54. | Sinai Holdings, LLC | Citi | ■■■5400 | October 15 & 30, 2024 | October 1, 2020 - June 30, 2024 | **Incomplete.** Require statements for entire Relevant Period up to current date or confirmed date of account closure. |
| 55. | Sinai Holdings, LLC | Citi | ■■■9072 | October 15, 2024 | October 1, 2021 – December 31, 2022 | **Incomplete.** Require statements for entire Relevant Period up to current date or confirmed date of account closure. |

| | Account Name | Bank | Acct No. | Date received | Statements Provided | Status |
|---|---|---|---|---|---|---|
| 56. | Sinai Holdings, LLC | Citi | ███5374 | October 15 & 30, 2024 | October 1, 2020 – April 30, 2021; June 1, 2021- June 30, 2024 | **Incomplete.** Require statements for entire Relevant Period up to current date or confirmed date of account closure. |
| 57. | Sinai Holdings, LLC - ICA Lockbox | Optimum Bank | ███2751 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 58. | Sinai Holdings, LLC - IIC Lockbox | Optimum Bank | ███2777 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 59. | Sinai Holdings, LLC - IPA Lockbox | Optimum Bank | ███2744 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 60. | Sinai Holdings, LLC - NAO Lockbox | Optimum Bank | ███2769 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 61. | Sinai Holdings, LLC - Operations | Optimum Bank | ███2736 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 62. | Sinai Holdings, LLC -Operating Account | IFB Bank | ███5895 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 63. | SKG International LLC | Regions Bank | ███1-471 | N/A | N/A | **Incomplete.** Statement analysis provided for January and February |

| | Account Name | Bank | Acct No. | Date received | Statements Provided | Status |
|---|---|---|---|---|---|---|
| | | | | | | 2020 but no bank account statements provided. |
| 64. | Suncoast Surgical Suites | Optimum Bank | ▮9194 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 65. | Surgical Specialist of Specialists of St. Lucie County - Collections | Amerant Bank | ▮4506 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 66. | Surgical Specialist of Specialists of St. Lucie County - Collections | Citi | ▮1985 | N/A | N/A | **Incomplete.** Account listed in Annex 1 of the Sinai Deficiency Letter dated October 8, 2024. Bank account statements not provided. |
| 67. | Surgical Specialist of Specialists of St. Lucie County - Collections | Optimum Bank | ▮3072 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 68. | Surgical Specialist of Specialists of St. Lucie County - Operations | Amerant Bank | ▮4306 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 69. | Surgical Specialist of Specialists of St. Lucie County - Operations | Citi | ▮1972 | N/A | N/A | **Incomplete.** Account listed in Annex 1 of the Sinai Deficiency Letter dated October 8, 2024. Bank account statements not provided. |
| 70. | Surgical Specialist of Specialists of St. Lucie County - Operations | Optimum Bank | ▮3064 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank |

| | Account Name | Bank | Acct No. | Date received | Statements Provided | Status |
|---|---|---|---|---|---|---|
| | | | | | | account statements not provided. |
| 71. | Surgical Treatment Center LLC | Regions Bank | ▊1-579 | N/A | N/A | **Incomplete.** Statement analysis provided for January and February 2020 but no bank account statements provided. |
| 72. | Surgical Treatment Center, LLC - Collections | Amerant Bank | ▊5506 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 73. | Surgical Treatment Center, LLC - Collections | Optimum Bank | ▊3031 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 74. | Surgical Treatment Center, LLC - Operations | Optimum Bank | ▊3023 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 75. | Surgical Treatment Center, LLC DBA DBA BLUE WATER SURGERY CENTER | Optimum Bank | ▊7089 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 76. | Surgical Treatment Center, LLC DBA SURGICAL SPECIALISTS OF ST LUCIE COUNTY | Optimum Bank | ▊9904 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 77. | Surgical Treatment Center, LLC DBA VERO ANESTHESIA | Optimum Bank | ▊7071 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank |

| | Account Name | Bank | Acct No. | Date received | Statements Provided | Status |
|---|---|---|---|---|---|---|
| | | | | | | account statements not provided. |
| 78. | Surgicial Treatment Center, LLC - Collections | Citi | ▆5497 | N/A | N/A | **Incomplete.** Account listed in Annex 1 of the Sinai Deficiency Letter dated October 8, 2024. Bank account statements not provided. |
| 79. | Surgicial Treatment Center, LLC - Operations | Amerant Bank | ▆5406 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 80. | Surgicial Treatment Center, LLC - Operations | Citi | ▆5484 | N/A | N/A | **Incomplete.** Account listed in Annex 1 of the Sinai Deficiency Letter dated October 8, 2024. Bank account statements not provided. |
| 81. | TC Pathology Lab | Marine Bank | Unknown | N/A | N/A | **Incomplete.** Account listed in Annex 1 of the Sinai Deficiency Letter dated October 8, 2024. Bank account statements not provided. |
| 82. | Technocon | Bank Independent | ▆6507 | October 30, 2024 | January 7, 2022 - May 31, 2023 | **Incomplete.** Require statements for entire Relevant Period up to current date or confirmed date of account closure. |
| 83. | Technocon International Inc. | Regions | ▆8718 | October 15, 2024 | December 11, 2019 - April 30, 2020 | **Incomplete.** Require statements for entire Relevant Period up to current date or confirmed date of account closure. |
| 84. | Technocon International Inc., DBA Alliance Metals | Ciitbank | ▆1154 | October 15 & 30, 2024 | March 24, 2020 to April 30, 2021 | **Incomplete.** Require statements for entire Relevant Period up to |

| | Account Name | Bank | Acct No. | Date received | Statements Provided | Status |
|---|---|---|---|---|---|---|
| | | | | | | current date or confirmed date of account closure. |
| 85. | Technocon International Inc., DBA Alliance Metals | Regions Bank | ▉1-528 | October 30, 2024 | January 1, 2020 to April 30, 2020 | **Incomplete.** Require statements for entire Relevant Period up to current date or confirmed date of account closure. |
| 86. | Technocon International Inc., DBA Alliance Metals "Collections Account" | Amerant Bank | ▉5306 | October 15, 2024 | May 1, 2023 – September 30, 2023 | **Incomplete.** Require statements for entire Relevant Period up to current date or confirmed date of account closure. |
| 87. | Technocon International Inc., DBA Alliance Metals Collections | PNC Bank | ▉-1481 | October 15, 2024 | May 6, 2021 – October 29, 2021 | **Incomplete.** Require statements for entire Relevant Period up to current date or confirmed date of account closure. |
| 88. | Technocon International Inc., DBA Alliance Metals Operations | Amerant Bank | ▉5206 | October 15, 2024 | May 1, 2023 – August 31, 2023 | **Incomplete.** Require statements for entire Relevant Period up to current date or confirmed date of account closure. |
| 89. | Technocon International Inc., DBA Alliance Metals Operations | PNC Bank | ▉1473 | October 30, 2024 | May 6, 2021 – November 30, 2021 | **Incomplete.** Require statements for entire Relevant Period up to current date or confirmed date of account closure. |
| 90. | Top Office Pros Business Services Inc. | | ▉-226 | N/A | N/A | **Incomplete.** Statement analysis provided for January and February 2020 but no bank account statements provided. |
| 91. | U.S. Healthcare Collections, LLC | Citi | ▉2619 | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank |

| | Account Name | Bank | Acct No. | Date received | Statements Provided | Status |
|---|---|---|---|---|---|---|
| | | | | | | account statements not provided. |
| 92. | Unkonwn | TD Ameritrade | N/A | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 93. | Unkown | International Finance Bank | N/A | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 94. | Unkown | Island Bank | N/A | N/A | N/A | **Incomplete.** Account identified by Foreign Representatives. Bank account statements not provided. |
| 95. | Vero Anesthesia | Marine Bank | N/A | N/A | N/A | **Incomplete.** Account listed in Annex 1 of the Sinai Deficiency Letter dated October 8, 2024. Bank account statements not provided. |
| 96. | VGM International Inc. | Regions Bank | ███-242 | N/A | N/A | **Incomplete.** Statement analysis provided for January and February 2020 but no bank account statements provided. |